UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Las Cruces County Club, Inc., a New Mexico Non-profit Corporation

Debtor.

Case No.

Plaintiff,

Adv. Pro. No.

v.

Defendant.

Pursuant to Fed. R. Bankr. P. 7007.1(a), the undersigned identifies the following corporations (other than governmental units), that directly or indirectly own 10% or more of any class of the undersigned's equity interests:

☑ None [*Check if applicable*]

Date: November 29, 2016

CORPORATION

By: _____
    Signature
Name: Larry Alford
Title: Vice-President/Director

NM LF 7007.1
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy