Debtor name    Las Cruces Country Club, Inc., a New Mexico Non-profit Corporation

United States Bankruptcy Court for the:    DISTRICT OF NEW MEXICO

Case number (if known)    16-12947-j7

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
Copy line 88 from *Schedule A/B*...................................................................................................    $     0.00

    **1b. Total personal property:**
Copy line 91A from *Schedule A/B*................................................................................................    $     4,879,336.69

    **1c. Total of all property:**
Copy line 92 from *Schedule A/B*..................................................................................................    $     4,879,336.69

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................    $     0.00

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................    $     0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$     512,221.45

4.   Total liabilities ...........................................................................................
Lines 2 + 3a + 3b                                                                                  $     512,221.45

Case 16-12947-j7    Doc 9    Filed 12/21/16    Entered 12/21/16 13:45:02 Page 1 of 31

**Fill in this information to identify the case:**

Debtor name    Las Cruces Country Club, Inc., a New Mexico Non-profit Corporation

United States Bankruptcy Court for the:    DISTRICT OF NEW MEXICO

Case number (if known)    16-12947-j7

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First New Mexico Bank | Operating | 2401 | $455.69 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

     $455.69

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| | 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | Unknown |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

12.     **Total of Part 3.**

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $0.00 |
|---|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>See attached Exhibit A | Unknown | N/A | $756.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>See Exhibit A | $0.00 | N/A | $0.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.     **Total of Part 7.**

      Add lines 39 through 42.  Copy the total to line 86.

| | $756.00 |
|---|---|

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ■ No. Go to Part 11.
- ☐ Yes Fill in the information below.

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>Amount due on sale of real estate - $4,878,125.00 | 4,878,125.00 - 0.00 =<br>Total face amount    doubtful or uncollectible amount | $4,878,125.00 |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | |
| 73. | **Interests in insurance policies or annuities** | | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| 76. | **Trusts, equitable or future interests in property** | | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br><br>Various trophys and plaques - no real value | | $0.00 |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $4,878,125.00 |
|---|---|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $455.69 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $756.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,878,125.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,879,336.69 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,879,336.69 |

**Fill in this information to identify the case:**

Debtor name    Las Cruces Country Club, Inc., a New Mexico Non-profit Corporation

United States Bankruptcy Court for the:    DISTRICT OF NEW MEXICO

Case number (if known)    16-12947-j7

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $379.09 |
| | Able Sign Company | ☐ Contingent | |
| | 811 2nd St. | ☐ Unliquidated | |
| | Las Cruces, NM 88005 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Supplier of materials, goods and/or services_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $118.10 |
| | Admiral Beverage Corp. | ☐ Contingent | |
| | 3980 Prince St. | ☐ Unliquidated | |
| | Albuquerque, NM 87105 | ☐ Disputed | |
| | **Date(s) debt was incurred** _2016_ | **Basis for the claim:** _Supplier of materials, goods and/or services_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,072.16 |
| | Advanced Well Services, LLC | ☐ Contingent | |
| | Attn: Office/General Manager | ☐ Unliquidated | |
| | 207 Boggy Ln. | ☐ Disputed | |
| | Las Cruces, NM 88005 | | |
| | **Date(s) debt was incurred** _2016_ | **Basis for the claim:** _Supplier of materials, goods and/or services_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.44 |
| | Aire Hydraulics | ☐ Contingent | |
| | 900 S. Solano Dr. | ☐ Unliquidated | |
| | Las Cruces, NM 88001 | ☐ Disputed | |
| | **Date(s) debt was incurred** _2015_ | **Basis for the claim:** _Supplier of materials, goods and/or services_ | |
| | **Last 4 digits of account number** _AS03_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.00 |
|---|---|---|---|

Alberto Rodriguez
8902 Curtis Dr.
Canutillo, TX 79835

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2015

**Basis for the claim:**  Supplier of materials, goods and/or services

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214.46 |
|---|---|---|---|

Allied Burglar Alarm
Attn: Office/General Manager
2201 N. Mesquite, Ste. B
Las Cruces, NM 88001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2015

**Basis for the claim:**  Supplier of materials, goods and/or services

Last 4 digits of account number  1089

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,581.98 |
|---|---|---|---|

Allied Insurance
Attn: Office/General Manager
PO Box 514540
Los Angeles, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2015

**Basis for the claim:**  Supplier of materials, goods and/or services

Last 4 digits of account number  3122

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $660.00 |
|---|---|---|---|

Alpha Imaging Supplies
Attn: Office/General Manager
2118 Wilshire Blvd. #410
Santa Monica, CA 90403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2015

**Basis for the claim:**  Supplier of materials, goods and/or services

Last 4 digits of account number  3299

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,739.56 |
|---|---|---|---|

American Linen & Uniform Supply
Attn: Office/General Manager
550 N. Church St.
Las Cruces, NM 88001

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  2015

**Basis for the claim:**  Supplier of materials, goods and/or services

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $541.56 |
|---|---|---|---|

Anthonie's Cleaning
Attn: Office/General Manager
PO Box 16483
Las Cruces, NM 88004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2015

**Basis for the claim:**  Supplier of materials, goods and/or services

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.38 |
|---|---|---|---|

Argyle Welding Supply
Attn: Office/General Manager
820 Comanche
Albuquerque, NM 87107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

**Basis for the claim:**  Supplier of materials, goods and/or services

Last 4 digits of account number  0720

Is the claim subject to offset? ■ No  ☐ Yes

### 3.12

**Nonpriority creditor's name and mailing address**
At Your Service Pest Control
Attn: Office/General Manager
PO Box 6085
Las Cruces, NM 88006

**Date(s) debt was incurred** 2016
**Last 4 digits of account number** 8522

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

**Is the claim subject to offset?** ■ No  ☐ Yes

$76.10

---

### 3.13

**Nonpriority creditor's name and mailing address**
Barncastle Law Firm
PO Box 1556
Las Cruces, NM 88011

**Date(s) debt was incurred** 2016
**Last 4 digits of account number** 1156

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

**Is the claim subject to offset?** ■ No  ☐ Yes

$473.87

---

### 3.14

**Nonpriority creditor's name and mailing address**
Beasley, Mitchell & Company
509 S. Main St. Ste. A
Las Cruces, NM 88004

**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

**Is the claim subject to offset?** ■ No  ☐ Yes

$2,166.25

---

### 3.15

**Nonpriority creditor's name and mailing address**
Benchmark
Attn: Office/General Manager
1607 Boardway
Lubbock, TX 79401

**Date(s) debt was incurred** 2016
**Last 4 digits of account number** SR21

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

**Is the claim subject to offset?** ■ No  ☐ Yes

$861.33

---

### 3.16

**Nonpriority creditor's name and mailing address**
Big O Tires of Las Cruces
1330 S. El Paseo
Las Cruces, NM 88001

**Date(s) debt was incurred** 2015
**Last 4 digits of account number** 0513

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

**Is the claim subject to offset?** ■ No  ☐ Yes

$441.95

---

### 3.17

**Nonpriority creditor's name and mailing address**
Bravo Mic Communications
Attn: Office/General Manger
101 Perkins Dr.
Las Cruces, NM 88005

**Date(s) debt was incurred** 2015
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

**Is the claim subject to offset?** ■ No  ☐ Yes

$1,126.46

---

### 3.18

**Nonpriority creditor's name and mailing address**
C2C Resources
Louisiana Office
3500 N. Casueway Blvd. Ste. 300
Metairie, LA 70002

**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Collections for Austin Turf & Tractor

**Is the claim subject to offset?** ■ No  ☐ Yes

$1,057.65

---

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $261.00

Carbon's company
PO Boc 19331
Concordville, PA 19331

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2016

Basis for the claim: Supplier of materials, goods and/or services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $428.67

CenturyLink
Attn: Office/General Manger
700 S. Telshor Blvd.
Las Cruces, NM 88011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2016

Basis for the claim: Supplier of materials, goods and/or services

**Last 4 digits of account number** 798B

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4.56

CenturyLink
Attn: Office/General Manger
700 S. Telshor Blvd.
Las Cruces, NM 88011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2016

Basis for the claim: Supplier of materials, goods and/or services

**Last 4 digits of account number** 6012

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,666.33

Chaparral Sand & Gravel
300-2 McCombs PMB #206
Chaparral, NM 88081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2016

Basis for the claim: Supplier of materials, goods and/or services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $54,697.68

City of Las Cruces
200 N. Church
Las Cruces, NM 88001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2016

Basis for the claim: Supplier of materials, goods and/or services

**Last 4 digits of account number** 0247

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,509.49

Coca-Cola Bottling
Attn: Office/General Manager
PO Box 840232
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2016

Basis for the claim: Supplier of materials, goods and/or services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $658.75

Convergent Contact Solutions, Inc.
Attn: Office/General Manager
219 Perimeter Center Pkwy NE Ste. 200
Atlanta, GA 30346

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2016

Basis for the claim: Collections for CenturyLink (575-526-9723 420)

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| **3.26** | **Nonpriority creditor's name and mailing address** |

**3.26**

**Nonpriority creditor's name and mailing address**
Convergent Contact Solutions, Inc.
219 Perimeter Center Pkwy NE Ste. 300
Atlanta, GA 30346

**Date(s) debt was incurred** 2016

**Last 4 digits of account number** 1184

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Collections for CenturyLink (575-522-2751 184)

Is the claim subject to offset? ■ No ☐ Yes

$401.45

---

**3.27**

**Nonpriority creditor's name and mailing address**
CourseTrends, Inc.
Attn: Office/General Manager
9111 Jollyville Rd. Ste. 108
Austin, TX 78759

**Date(s) debt was incurred** 2016

**Last 4 digits of account number** 9026

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

$1,475.00

---

**3.28**

**Nonpriority creditor's name and mailing address**
Cozzini Bros.
Attn: Office/General Manager
350 Howard Ave.
Des Plaines, IL 60018

**Date(s) debt was incurred** 2015

**Last 4 digits of account number** 0886

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

$1,138.00

---

**3.29**

**Nonpriority creditor's name and mailing address**
Crown Building Maintenance
Attn: Office/General Manager
801 E. Las Cruces Ave.
Las Cruces, NM 88005

**Date(s) debt was incurred** 2016

**Last 4 digits of account number** 7533

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

$64.99

---

**3.30**

**Nonpriority creditor's name and mailing address**
Dex Media
Attn: Office/General Manager
PO Box 78041
Phoenix, AZ 85062

**Date(s) debt was incurred** 2016

**Last 4 digits of account number** 5670

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

$101.76

---

**3.31**

**Nonpriority creditor's name and mailing address**
Digital Solutions
Attn: Office/General Manager
1100 S. Main Ste. 111
Las Cruces, NM 88005

**Date(s) debt was incurred** 2014

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

$1,052.79

---

**3.32**

**Nonpriority creditor's name and mailing address**
Diversified Lenders Inc.
Attn: Office/General Manager
5607 Avenue Q
Lubbock, TX 79412

**Date(s) debt was incurred** 2016

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

$2,047.00

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.26 |
|---|---|---|---|

**Document Solutions**
Attn: Office/General Manager
PO Box 37410
Albuquerque, NM 87176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2016

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** LC08

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,875.36 |
|---|---|---|---|

**Dona Ana County Treasurer**
PO Box 1179
Las Cruces, NM 88004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** Taxes

**Last 4 digits of account number** 6823

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,449.47 |
|---|---|---|---|

**Dona Ana County Treasurer**
PO Box 1179
Las Cruces, NM 88004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** Taxes

**Last 4 digits of account number** 6826

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $764.19 |
|---|---|---|---|

**Dona Ana County Treasurer**
PO Box 1179
Las Cruces, NM 88004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** Taxes

**Last 4 digits of account number** 6827

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,439.94 |
|---|---|---|---|

**Dona Ana County Treasurer**
PO Box 1179
Las Cruces, NM 88004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** Taxes

**Last 4 digits of account number** 6828

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,163.81 |
|---|---|---|---|

**Dona Ana County Treasurer**
PO Box 1179
Las Cruces, NM 88004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** Taxes

**Last 4 digits of account number** 7299

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,939.75 |
|---|---|---|---|

**Dona Ana County Treasurer**
PO Box 1179
Las Cruces, NM 88004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** Taxes

**Last 4 digits of account number** 2349

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | | $248.88
Dona Ana County Treasurer
PO Box 1179
Las Cruces, NM 88004

**Date(s) debt was incurred** 2015

**Last 4 digits of account number** 8100

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Taxes

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | | $12.11
Dona Ana County Treasurer
PO Box 1179
Las Cruces, NM 88004

**Date(s) debt was incurred** 2015

**Last 4 digits of account number** 4084

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Taxes

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | | $3,679.49
Dona Ana County Treasurer
PO Box 1179
Las Cruces, NM 88004

**Date(s) debt was incurred** 2015

**Last 4 digits of account number** 6825

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Taxes

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | | $3,784.62
Dona Ana County Treasurer
PO Box 1179
Las Cruces, NM 88004

**Date(s) debt was incurred** 2015

**Last 4 digits of account number** 6825

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Taxes

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | | $9,255.56
El Paso Electric
Attn Officer/Managing or General Agent
PO Box 650801
Dallas, TX 75265

**Date(s) debt was incurred** 2016

**Last 4 digits of account number** 4001

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | | $731.53
Ewing
3441 E. Harbour Dr.
Phoenix, AZ 85034

**Date(s) debt was incurred** 2016

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | | $451.76
FastWave.Biz
Attn: Office/General Manager
555 S. Miranda St.
Las Cruces, NM 88005

**Date(s) debt was incurred** 2015

**Last 4 digits of account number** 9812

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $225.88 |
|---|---|---|---|

FastWave.Biz
555 S. Miranda St.
Las Cruces, NM 88005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2016_

**Basis for the claim:** _Supplier of materials, goods and/or services_

**Last 4 digits of account number** _3308_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $776.59 |
|---|---|---|---|

Filta Fry
Attn: Office/General Manager
2002 Hanover Blvd.
Columbia, MO 65201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2016_

**Basis for the claim:** _Supplier of materials, goods and/or services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $159.87 |
|---|---|---|---|

Fire Safety Association
215 S. Compress Rd.
Las Cruces, NM 88005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2016_

**Basis for the claim:** _Supplier of materials, goods and/or services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $914.91 |
|---|---|---|---|

FISIF
PO Box 14710
Albuquerque, NM 87191

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2015_

**Basis for the claim:** _Supplier of materials, goods and/or services_

**Last 4 digits of account number** _754A_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $165.00 |
|---|---|---|---|

Golf Now
7580 Golf channel Dr.
Orlando, FL 32819

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2015_

**Basis for the claim:** _Supplier of materials, goods and/or services 165.00_

**Last 4 digits of account number** _9747_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,461.37 |
|---|---|---|---|

Helena Chemicals
PO Box 4003
West Columbia, SC 29171

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2015_

**Basis for the claim:** _Supplier of materials, goods and/or services_

**Last 4 digits of account number** _3199_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,064.17 |
|---|---|---|---|

IBS
12201 Gayton Rd. Ste. 100
Henrico, VA 23238

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2015_

**Basis for the claim:** _Supplier of materials, goods and/or services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,271.00 |
|---|---|---|---|

**Interface Security**
Attn: Office/General Manager
8339 Solutions Center
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** 4475

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.36 |
|---|---|---|---|

**KSN Enterprises**
HC31 Box 131B
Caballo, NM 87931

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** 0135

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $973.62 |
|---|---|---|---|

**Las Cruces Plumbing & Gas**
3157 Las Placitas Rd.
Las Cruces, NM 88005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** 2285

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,085.50 |
|---|---|---|---|

**Levy Diamond Bello & Associates, LLC**
497 Bic Dr.
Milford, CT 06461

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2016

**Basis for the claim:** Collections for Adam's Radio

**Last 4 digits of account number**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $663.01 |
|---|---|---|---|

**Muzak of El Paso**
PO Box 1998
San Antonio, TX 78201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** 1465

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.04 |
|---|---|---|---|

**National Distributing**
5920 Office Blvd. NE
Albuquerque, NM 87109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** 2772

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.73 |
|---|---|---|---|

**Nivel Parts**
6358 Paysphere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** 5674

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293.01 |
|---|---|---|---|

O'Reilly Auto Parts
PO Box 1156
Springfield, MO 65801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

Oakriver, LLC
c/o James W. Rives, Registered Agent
5220 Farside St.
Las Cruces, NM 88007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2014

**Basis for the claim:** money loaned

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $346.60 |
|---|---|---|---|

Onpoint Computer Solutions
825 Spruce Ave.
Las Cruces, NM 88005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** 5023

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,627.21 |
|---|---|---|---|

Pepsi Beverages
PAD Processing
Chicago, IL 60675

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,999.77 |
|---|---|---|---|

Premier Distributing Co.
4321 Yale Blvd. NE
Albuquerque, NM 87107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $191,943.23 |
|---|---|---|---|

Randy McMillan
c/o NAI 1st Valley Realty
1155 S. Telshor Blvd. Ste. 100 Ste. B
Las Cruces, NM 88011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311.06 |
|---|---|---|---|

RMS
4200 Camtera Dr. Ste. 211
Warrenville, IL 60555

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2016

**Basis for the claim:** Collections for Direct TV

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $642.70 |
|---|---|---|---|

Roto Rooter
PO Box 6130
Las Cruces, NM 88005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** 1976

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,432.47 |
|---|---|---|---|

Sanco Oil
PO Box 1347
Fairacres, NM 88033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2016

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,133.98 |
|---|---|---|---|

Shamrock Foods Company
Attn: Office/General Manager
PO Box 52409
Phoenix, AZ 85072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2016

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** 5729

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $214.53 |
|---|---|---|---|

Sierra Irrigation
Attn: Office/General Manager
3101 Vassar Dr. NE
Albuquerque, NM 87107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2016

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,907.34 |
|---|---|---|---|

Simpson Norton Corp.
4144 Bullard Ave.
Goodyear, AZ 85338

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2016

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** 9515

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Sonoma Ranch Golf, LLC
1214 Golf Club Rd.
Las Cruces, NM 88011

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** lawsuit for breach of contract

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Sonoma Ranch Partners
1214 Golf Club Rd.
Las Cruces, NM 88011

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** 2016

**Basis for the claim:** breach of contract lawsuit

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.75** Nonpriority creditor's name and mailing address
Sonoma Ranch Subdivision Ltd., Co.
1214 Golf Club Rd.
Las Cruces, NM 88011

Date(s) debt was incurred  2015
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    Unknown
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  lawsuit for breach of contract

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address
Southwest Cash & Carry
2489 North Main St.
Las Cruces, NM 88001

Date(s) debt was incurred  2016
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    $524.07
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier of materials, goods and/or services

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.77** Nonpriority creditor's name and mailing address
Southwest Envirotec
Attn: Office/General Manager
5486 Del Ray Blvd.
Las Cruces, NM 88011

Date(s) debt was incurred  2015
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    $1,039.80
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier of materials, goods and/or services

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.78** Nonpriority creditor's name and mailing address
Stephen D. Bass & Associates
200 Lomas Blvd. NW #1111
Albuquerque, NM 87102

Date(s) debt was incurred  2016
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    $8,297.40
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Collections for Titleist

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.79** Nonpriority creditor's name and mailing address
Sun Country Golf
2316 Southern Blvd. SE Ste. D
Rio Rancho, NM 87124

Date(s) debt was incurred  2015
Last 4 digits of account number  1503

As of the petition filing date, the claim is: Check all that apply.    $175.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier of materials, goods and/or services

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.80** Nonpriority creditor's name and mailing address
TaylorMade
Attn: Office/General Manager
5545 Fermi Ct.
Carlsbad, CA 92008

Date(s) debt was incurred  2014
Last 4 digits of account number  0824

As of the petition filing date, the claim is: Check all that apply.    $2,877.96
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier of materials, goods and/or services

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.81** Nonpriority creditor's name and mailing address
The Mullen Group
3521 Chacoma Ct.
Las Cruces, NM 88001

Date(s) debt was incurred  2015
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    $458.15
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier of materials, goods and/or services

Is the claim subject to offset? ☑ No ☐ Yes

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $368.99 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Verizon Wireless
Attn Officer/Managing or General Agent
P.O. Box 1548
Lynnwood, WA 98046

Date(s) debt was incurred  2016
Last 4 digits of account number  6E13

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | | $284.05 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Water King
Attn: Office/General Manager
1003 Omar
Anthony, TX 79821

Date(s) debt was incurred  _
Last 4 digits of account number  5607

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | | $132.54 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Xfinity/Comcast
Attn: Office/General Manager
2750 Mall Dr. Bldg. 300 Unit 340
Las Cruces, NM 88011

Date(s) debt was incurred  2016
Last 4 digits of account number  5E15

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | | $32,400.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Yamaha Golf Carts
Attn: Office/General Manager
6555 Kaqtella Ave.
Cypress, CA 90630

Date(s) debt was incurred  2014
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Adam's Radio<br>PO Box 352<br>Milford, CT 06460 | Line  3.57<br><br>☐ Not listed. Explain ____ | 4142 |
| 4.2 | Austin Turf & Tractor<br>Attn: Office/General Manager<br>1429 Camino Del Pueblo<br>Bernalillo, NM 87004 | Line  3.18<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | CenturyLink<br>Attn: Office/General Manger<br>700 S. Telshor Blvd.<br>Las Cruces, NM 88011 | Line  3.25<br><br>☐ Not listed. Explain ____ | 3420 |
| 4.4 | CenturyLink<br>Attn: Office/General Manger<br>700 S. Telshor Blvd.<br>Las Cruces, NM 88011 | Line  3.26<br><br>☐ Not listed. Explain ____ | 1184 |

| Debtor | Las Cruces Country Club, Inc., a New Mexico Non-profit Corporation | Case number (if known) | 16-12947-j7 |
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.5    Direct TV<br>Attn Officer/Managing or General Agent<br>PO Box 5006<br>Carol Stream, IL 60197 | Line _3.67_<br><br>☐ Not listed. Explain ____ | 2683 |
| 4.6    Sonoma Ranch Entities<br>c/o Joseph Cervantes, Esq<br>2610 S. Espina St.<br>Las Cruces, NM 88001 | Line _3.73_<br><br>☐ Not listed. Explain ____ | _ |
| 4.7    Titleist<br>400 West Cummings Park Ste. 4450<br>Woburn, MA 01801 | Line _3.78_<br><br>☐ Not listed. Explain ____ | 9304 |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.   + | $ | 512,221.45 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 512,221.45 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name   Las Cruces Country Club, Inc., a New Mexico Non-profit Corporation

United States Bankruptcy Court for the:   DISTRICT OF NEW MEXICO

Case number (if known)   16-12947-j7

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | contract for uniforms | |
|---|---|---|---|
| | State the term remaining | unknown | American Linen & Uniform Supply |
| | List the contract number of any government contract | | Attn: Office/General Manager 550 N. Church St. Las Cruces, NM 88001 |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | services | |
|---|---|---|---|
| | State the term remaining | unknown | Golf Now |
| | List the contract number of any government contract | | 7580 Golf channel Dr. Orlando, FL 32819 |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | security services | |
|---|---|---|---|
| | State the term remaining | unknown | Interface Security |
| | List the contract number of any government contract | | Attn: Office/General Manager 8339 Solutions Center Chicago, IL 60677 |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | golf carts | |
|---|---|---|---|
| | State the term remaining | unknown | Yamaha Golf Carts |
| | List the contract number of any government contract | | Attn: Office/General Manager 6555 Kaqtella Ave. Cypress, CA 90630 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor name **Las Cruces Country Club, Inc., a New Mexico Non-profit Corporation**

United States Bankruptcy Court for the: **DISTRICT OF NEW MEXICO**

Case number (if known) **16-12947-j7**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Street<br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Sonoma Ranch Golf, LLC<br>1214 Golf Course Road<br>Las Cruces, NM 88011 | Clubhouse/Pro shop/Restaurant/Bar/18 hole golf course | December 19, 2015 | $3,000,000.00 |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<hr>

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Sonoma Ranch Golf, LLC and Sonoma Ranch Subdivision Ltd., Co. v. Las Cruces Country Club, Inc.<br>D-307-CV-201600714 | Breach of Contract | Third Judicial District Court<br>201 Picacho Avenue<br>Las Cruces, NM 88005 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<hr>

**Part 4:  Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<hr>

**Part 5:  Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

<hr>

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| Pro shop inventory, shoes, clubs, etc were allegedly taken by golf pro and others from September 2015 through December 19, 2015 | No claim filed due to lack of proof | September 2015 through December 19, 2015 | $35,000.00 |
| Hail damage to course buildings, etc. Monies were paid but signed over to lienholder for repairs after foreclosure | unknown | Summer 2015 | Unknown |

**Part 6:**  **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Arvizulaw.com, Ltd.<br>PO Box 1479<br>Las Cruces, NM 88004 | Attorney Fees | 10/21/16 - $1,000<br>11/14/16 - $1,500 | $2,500.00 |
| | Email or website address<br>trey@arvizulaw.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-------------------------------|-------------------------------------------------------|-----------------------------------------|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|-----------------------------------------|--------------------------------------------|------------------------------|-----------------------|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | | Dates business existed |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | Beasley Mitchell<br>509 S. Main St.<br>Las Cruces, NM 88001 | various bookkeeping services - 2014, 2015 |
| 26a.2. | Fristoe & Co.<br>780 S. Walnut<br>Building 6<br>Las Cruces, NM 88001 | various bookkeeping services 2013, 2014, 2015. |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Bonnie Naden<br>4328 Yavapai Ct<br>Las Cruces, NM 88011 | and accountants listed may also have some records. |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. | Cindi Rosby | December 17, 2015 | $500 |
| **Name and address of the person who has possession of inventory records**<br>Debtor | | | |
| 27.2. | Bonnie Naden/Larry Alford | November 22, 2016 | $756 |
| **Name and address of the person who has possession of inventory records**<br>Debtor | | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Bonnie Naden | 4328 Yavapai Ct<br>Las Cruces, NM 88011 | President/Director | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Larry Alford | 4925 Beryl<br>Las Cruces, NM 88012 | Vice-President/Director | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| David Rowe | 3807 Jade Avenue<br>Las Cruces, NM 88012 | Treasurer/Director | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Cheryl Marsh | 979 Rio Bravo Way<br>Las Cruces, NM 88007 | Director | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Carol Krenek | 1170 Golf Club Road<br>Las Cruces, NM 88011 | Director | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Jim Cosgrove | 1933 Coyote Ridge Drive<br>Las Cruces, NM 88011 | Director | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Shareholders - None | | Company is 501(c)(7) non-profit - no shareholders | 0 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Dale Russell | | Director | Until 11/25/15 - deceased |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Larry Tomlen | | Director | until 12/20/15 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Felix Rosario | | Director | until 12/20/15 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Nell rose | | Director | until 8/2015 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____

/s/ Larry Alford
Signature of individual signing on behalf of the debtor

Larry Alford
Printed name

Position or relationship to debtor  Vice President - Director

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes