# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 16-12947  
**Case Name:** LAS CRUCES COUNTRY CLUB, INC., A NE  
**For Period Ending:** 06/30/2018

**Trustee Name:** (510120) Philip J. Montoya  
**Date Filed (f) or Converted (c):** 11/29/2016 (f)  
**§ 341(a) Meeting Date:** 01/25/2017  
**Claims Bar Date:** 05/05/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Operating Account at First New Mexico Bank, xxxx<br>Imported from original petition Doc# 9 | 455.69 | 455.69 | | 0.00 | FA |
| 2 | A/R 90 days old or less. Face amount = $0. Doubt<br>Imported from original petition Doc# 9 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Notes Receivable: Amount due on sale of real est<br>Imported from original petition Doc# 9 | 4,878,125.00 | 4,878,125.00 | | 0.00 | 2,200,000.00 |
| 4 | See attached Exhibit A. Valuation Method:<br>Imported from original petition Doc# 9 | 756.00 | 756.00 | | 0.00 | FA |
| 5 | See Exhibit A. Valuation Method:<br>Imported from original petition Doc# 9 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Various trophys and plaques - no real value<br>Imported from original petition Doc# 9 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | **Assets Totals (Excluding unknown values)** | **$4,879,336.69** | **$4,879,336.69** | | **$0.00** | **$2,200,000.00** |

**Major Activities Affecting Case Closing:**

1-25-17 - Employ special counsel to pursue and collect Notes Receivable: Amounts due on sale of real estate; Investigate any possible fraudulent conveyances.
7-24-17 - Evaluating the sale transaction.
10-30-17 Filed Adv. #17-01084 - against Park Ridge Properties, LLLP, LC Medical Properties, LLLP.
5-29-18 Adversary #17-1084 Closed. Complaint dismissed.
7-18-18 Filed Motion to Sell of all of the estates assets, specifically including, but not limited to that certain Limited Recourse Promissory Note dated 10/27/14, free and clear of liens under Section 363(f) - to CEP for $2,200,000.00 (the "Purchase Price").

**Initial Projected Date Of Final Report (TFR):** 12/31/2017     **Current Projected Date Of Final Report (TFR):** 12/31/2018