**In Re:**

**LAS CRUCES COUNTRY CLUB, INC.**  Case No. 16-12947
   **A New Mexico Non-profit Corporation,**
   **Debtor.**

## MOTION FOR SUMMARY JUDGMENT ON OBJECTION TO CLAIM #7

Debtor, Las Cruces Country Club, Inc. (hereinafter referred to as "LCCC"), through undersigned counsel, hereby requests relief for summary judgment pursuant to Fed.R.Civ.P. 56 made applicable by Bankruptcy Rule 7056 and 9014(c). In support hereof, LCCC is filing a Memorandum in Support of Summary Judgment and Affidavit of Larry Alford concurrently herewith.

WHEREFORE, LCCC hereby requests that the Court grant this Motion for Summary Judgment and requests any further relief deemed necessary by the Court.

Respectfully Submitted,

*Electronically filed 9.19.18*
R. "Trey" Arvizu, III
Attorney for LCCC
P.O. Box 1479
Las Cruces, NM 88004
(505)527-8600
(505)527-1199 fax
trey@arvizulaw.com

I CERTIFY that the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on this 19th day of September, 2018.

Electronically submitted
R. "Trey" Arvizu, III