UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re
LAS CRUCES COUNTRY CLUB, INC.,
A New Mexico Non-Profit Corporation,
    Debtor.                                    Case No. 16-12947-j7

## WITHDRAWAL OF OBJECTION TO CLAIM #1 FILED BY CREDITOR FIRST VALLEY REALTY, INC. (Docket #134)

    Debtor, through undersigned counsel, hereby withdraws its Objection to Claim #1 Filed by Creditor First Valley Realty, Inc. filed as docket #134.

                                                        /s/Electronically filed
                                                        R. "Trey" Arvizu, III
                                                        Attorney for Debtor
                                                        PO Box 1479
                                                        Las Cruces NM 88004-1479
                                                        (575) 527-8600
                                                        Fax: (575) 527-1199

    I CERTIFY that the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on this 21th day of September, 2018.

Electronically submitted
R. "Trey" Arvizu, III