UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re
LAS CRUCES COUNTRY CLUB, INC.,
A New Mexico Non-Profit Corporation,
    Debtors.                                           Case No. 16-12947-j7

## AMENDED MOTION TO STAY DISCOVERY PENDING DECISION ON MOTION FOR SUMMARY JUDGMENT

Debtor, through undersigned counsel, hereby files this Motion to Stay Discovery Pending Decision on its Motion for Summary Judgment:

1. Debtor filed an objection to the proof of claim of Sonoma Ranch Golf Course, LLC and Sonoma Ranch Subdivision Ltd. Co. (hereinafter collectively referred to as "Sonoma") on August 7, 2018. Docket #135.

2. On August 28, 2018, Sonoma filed its response. Docket #144.

3. On September 7, 2018, Sonoma served upon Debtor discovery requests in the form of Interrogatories and Requests for Production of Documents. Docket #147.

4. On September 19, 2018, Debtor filed a Motion for Summary Judgment, Brief in Support and Affidavit of Larry Alford on its objection alleging that there are no disputed material issues of fact and that the matter could be determined by the Court as a matter of law. Dockets ##153-55.

5. Two days after the Motion for Summary Judgment was filed, on September 21, 2018, counsel for Sonoma hand-delivered to counsel for Debtor several notices of depositions to depose four former and current board members. The proposed dates of the deposition are for October 12, 2018.

1

6. Debtor requests that the discovery be stayed until after this Court has decided the Motion for Summary Judgment in order to prevent the possible unnecessary waste of resources including time and money for all involved.

7. Contact was made with opposing counsel regarding his position on the Motion. Opposing counsel does not consent to this Motion.

WHEREFORE, Debtor respectfully request that the Court grant this Motion and stay any discovery until after it has ruled on the Debtor's Motion for Summary Judgment.

*/s/Electronically filed 9.26.18*
R. "Trey" Arvizu, III
Attorney for Debtor
P.O. Box 1479
Las Cruces, NM 88004
(505)527-8600
(505)527-1199 fax
trey@arvizulaw.com

CERTIFICATE OF SERVICE

I CERTIFY that the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on this 26th day of September, 2018.

Electronically filed
R. "Trey" Arvizu, III

2