# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:
LAS CRUCES COUNTRY CLUB, INC.,
    Debtor(s)                                           No. 16-12947-j7

## TRUSTEE'S REPORT OF SALE

Philip J. Montoya, Trustee of the estate of the above-named Debtor(s), makes this Report of Sale of estate assets and provides this itemized statement pursuant to FRBP 6004(f)(1). The gross sale price was $2,200,000.00, minus the following amounts:

| Mortgagee title policy | $14,318.00 |
| --- | --- |
| Miscellaneous Closing costs | $536.10 |

for a net sum to the estate of **$2,185,145.90**.

| DESCRIPTION OF ASSET(S) | PURCHASER | SALES PRICE |
| --- | --- | --- |
| All assets of the bankruptcy estate including promissory note in the principal amount of $4,878,125.00 and related mortgage, and any fraudulent transfer claims . | Cruces Equity Partners | $2,200,000.00 |

      Attached is a copy of the settlement statement provided by Las Cruces Abstract and Title Company.

DATE: 10/3/18                  <u>filed electronically</u>
                                       Philip J. Montoya
                                       Chapter 7 Trustee
                                       1121 Central Avenue SW, Suite 3
                                       Albuquerque, NM 87102
                                       (505) 244-1152
                                       pmontoya@swcp.com

| | OMB NO. 2502-0265 |
|---|---|
| A. **U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT**<br>**SETTLEMENT STATEMENT** | B. TYPE OF LOAN<br>1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv. Unins.  4. ☐ VA  5. ☐ Conv. Ins.<br>6. FILE NUMBER: 076821<br>7. LOAN NUMBER:<br>8. MORTGAGE INS CASE NUMBER: |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0  3/98   (076821 / 33)

| D. NAME AND ADDRESS OF BORROWER:<br>Cruces Equity Partners, LLLP, a New Mexico limited liability limited partnership<br>1155 S. Telshor<br>Las Cruces, NM 88011 | E. NAME AND ADDRESS OF SELLER:<br>Philip J. Montoya, Chapter 7 Trustee of the Las Cruces Country Club, Inc., a New Mexico not-for-profit corporation, Debtor | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| G. PROPERTY LOCATION:<br>Las Cruces Country Club<br>Tract C, PARK RIDGE MEDICAL CENTER | H. SETTLEMENT AGENT:<br>Las Cruces Abstract & Title Company<br>PLACE OF SETTLEMENT:<br>119 S. Campo Street<br>Las Cruces, NM 88001 | I. SETTLEMENT DATE:<br>September 28, 2018<br>DISBURSEMENT DATE:<br>September 28, 2018 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price | 2,200,000.00 | 401. Contract sales price | 2,200,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 150,652.47 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/Town taxes | | 406. City/Town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| *120. GROSS AMOUNT DUE FROM BORROWER* | 2,350,652.47 | *420. GROSS AMOUNT DUE TO SELLER* | 2,200,000.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 100,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 14,854.10 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. Dep. disbursed as proceeds | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/Town taxes | | 510. City/Town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| *220. TOTAL PAID BY/FOR BORROWER* | 100,000.00 | *520. TOTAL REDUCTION AMOUNT DUE SELLER* | 14,854.10 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross amount due from Borrower (Line 120) | 2,350,652.47 | 601. Gross amount due to Seller (Line 420) | 2,200,000.00 |
| 302. Less amount paid by/for Borrower (Line 220) | ( 100,000.00) | 602. Less reductions due Seller (Line 520) | ( 14,854.10) |
| *303. CASH FROM BORROWER* | 2,250,652.47 | *603. CASH TO SELLER* | 2,185,145.90 |

Printed on 09/27/18 at 6:16:35PM  076821/33
HUD-1, Page
Case 16-12947-j7    Doc 160    Filed 10/03/18    Entered 10/03/18 10:22:16    Page 2 of 4

| | | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|
| **L. SETTLEMENT CHARGES** | | | | | |
| 700. | TOTAL COMMISSION Based on Price | $ @ % | | | |
| | *Division of Commission (line 700) as Follows:* | | | | |
| 701. | to | | | | |
| 702. | to | | | | |
| 703. | Commission Paid at Settlement | | | | |
| | The following persons, firms or corporations received a portion of the real estate commission amount shown above: | | | | |
| 704. | to | | | | |
| **800.** | **ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. | Loan Origination Fee | % to | | | |
| 802. | Loan Discount | % to | | | |
| 803. | Appraisal fee | to | | | |
| 804. | Credit report | to | | | |
| 805. | Lender's inspection fee | to | | | |
| 806. | Mortgage insurance application fee | to | | | |
| 807. | Assumption fee | to | | | |
| 808. | | to | | | |
| 809. | | to | | | |
| 810. | | to | | | |
| 811. | | to | | | |
| **900.** | **ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. | Interest From 09/28/18 to 10/01/18 @ $ /day ( 3 days %) | | | | |
| 902. | Mortgage insurance premium for month to | | | | |
| 903. | Hazard insurance premium for year to | | | | |
| 904. | for year to | | | | |
| 905. | to | | | | |
| **1000.** | **RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. | Hazard insurance | Months @ $ per Month | | | |
| 1002. | Mortgage insurance | Months @ $ per Month | | | |
| 1003. | City property taxes | Months @ $ per Month | | | |
| 1004. | County property taxes | Months @ $ per Month | | | |
| 1005. | Annual assessments | Months @ $ per Month | | | |
| 1006. | | Months @ $ per Month | | | |
| 1007. | | Months @ $ per Month | | | |
| 1008. | | Months @ $ per Month | | | |
| **1100.** | **TITLE CHARGES** | | | | |
| 1101. | Settlement or closing fee | to Las Cruces Abstract & Title Company | | | 379.10 |
| 1102. | Abstract or title search | to | | | |
| 1103. | Title examination | to | | | |
| 1104. | Title insurance binder | to Las Cruces Abstract & Title Company | | | 100.00 |
| 1105. | Document preparation | to | | | |
| 1106. | Notary fees | to | | | |
| 1107. | Attorney's fees | to | | | |
| | (includes above item numbers: | ) | | | |
| 1108. | Title insurance | to Las Cruces Abstract & Title Company | | | 14,318.00 |
| | (includes above item numbers: | ) | | | |
| 1109. | Lender's coverage | $ 4,878,125.00 14,318.00 | | | |
| 1110. | Owner's coverage | | | | |
| 1111. | | to | | | |
| 1112. | | to | | | |
| 1113. | | to | | | |
| **1200.** | **GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. | Recording fees: Deed ; Mortgage ; Releases | | | | 57.00 |
| 1202. | City/County tax/stamps: Deed ; Mortgage | | | | |
| 1203. | State tax/stamps: Deed ; Mortgage | | | | |
| 1204. | ERecording fees | to | | | |
| 1205. | | to | | | |
| **1300.** | **ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. | Survey | to | | | |
| 1302. | Pest inspection | to | | | |
| 1303. | Attorney's Fees | to Scott Hulse PC | | 150,652.47 | |
| 1304. | | to | | | |
| 1305. | | to | | | |
| **1400.** | **TOTAL SETTLEMENT CHARGES** (Enter on Lines 103, Section J and 502, Section K) | | | 150,652.47 | 14,854.10 |

Printed on 09/27/18 at 6:16:35PM 076821/33
HUD-1, Page 2

# HUD-1, Attachment

**Borrower:** Cruces Equity Partners, LLLP, a New Mexico limited liability limited partnership
1155 S. Telshor, Suite B
Las Cruces, NM 88011

**Seller:** Philip J. Montoya, Chapter 7 Trustee of the Las Cruces Country Club, Inc., a New Mexico not-for-profit corporation, Debtor

**Lender:** Bank 34

**Settlement Agent:** Las Cruces Abstract & Title Company
(575)524-3681

**Place of Settlement:** 119 S. Campo Street
Las Cruces, NM 88001

**Settlement Date:** September 28, 2018

**Disbursement Date:** September 28, 2018

**Property Location:** Las Cruces Country Club
Tract C, PARK RIDGE MEDICAL CENTER

---

Cruces Equity Partners, LLLP, a New Mexico limited liability limited partnership

BY:_____
Randy McMillan
Manager

Philip J. Montoya, Chapter 7 Trustee of the Las Cruces Country Club, Inc., a New Mexico not-for-profit corporation, Debtor in Case No. 16-12947-j7 in the United States Bankruptcy Court for the District of New Mexico

BY:_____
Philip J. Montoya, Trustee

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____
Las Cruces Abstract & Title Company
Settlement Agent

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Printed on 09/27/18 at 6:16:35PM by carl.hunter

076821 / 33