# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:
LAS CRUCES COUNTRY CLUB, INC.,
    Debtor(s)                                     No. 16-12947-j7

## MOTION FOR PAYMENT OF CASE BOND

**COMES NOW** Philip J. Montoya, Chapter 7 panel member, and in support of his motion for payment of the case surety bond, states as follows:

1. That the trustee must pay a premium for a case bond, which premium is billed to the trustee for the term of October 2, 2018 through October 2, 2019.

2. That the case bond annual premium is $5,464.00, with a bond amount of up to $2,732,000.00.

3. The trustee proposed to pay the case bond annual premium of $5,464.00 out of estate funds.

4. The Office of the U.S. Trustee has reviewed this motion and also approves this motion and the proposed order submitted with this motion.

**WHEREFORE**, trustee Philip J. Montoya prays that this Court allow the trustee to pay the bonding company the case bond premium of $5,464.00 from estate funds.

Submitted by:

/s/ Submitted Electronically
PHILIP J. MONTOYA
Trustee in Bankruptcy
1122 Central Avenue SW, Suite 3
Albuquerque, NM 87102
Telephone: (505) 244-1152 Fax: (505) 717-1494

Approved by:

ILENE J. LASHINSKY
United States Trustee

<u>Approved by email on 10/16/18 by</u>
ALICE NYSTEL PAGE
Trial Attorney
Office of United States Trustee
PO Box 608
Albuquerque, NM 87103
Telephone: (505) 248-6548 Fax: (505) 248-6558