# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 16-12947  
**Case Name:** LAS CRUCES COUNTRY CLUB, INC.  
**For Period Ending:** 06/30/2020

**Trustee Name:** (510120) Philip J. Montoya  
**Date Filed (f) or Converted (c):** 11/29/2016 (f)  
**§ 341(a) Meeting Date:** 01/25/2017  
**Claims Bar Date:** 05/05/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Operating Account at First New Mexico Bank, xxxx<br>Imported from original petition Doc# 9 | 455.69 | 455.69 | | 0.00 | FA |
| 2 | A/R 90 days old or less. Face amount = $0. Doubt<br>Imported from original petition Doc# 9 | Unknown | Unknown | | 0.00 | FA |
| 3 | Notes Receivable: Amount due on sale of real est<br>Imported from original petition Doc# 9 | 4,878,125.00 | 4,878,125.00 | | 2,200,000.00 | FA |
| 4 | See attached Exhibit A. Valuation Method:<br>Imported from original petition Doc# 9 | 756.00 | 756.00 | | 0.00 | FA |
| 5 | See Exhibit A. Valuation Method:<br>Imported from original petition Doc# 9 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Various trophys and plaques - no real value<br>Imported from original petition Doc# 9 | 0.00 | 0.00 | | 0.00 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 2,614.58 | Unknown |
| 7 | **Assets Totals (Excluding unknown values)** | **$4,879,336.69** | **$4,879,336.69** | | **$2,202,614.58** | **$0.00** |

**Major Activities Affecting Case Closing:**

7-30-19: Special Counsel Dan Pick is seeking reinstatement of tax free status.
6.28.19 Notice Given to the Internal Revenue Service of the Deadline for Filing Objections to Chapter 7 Trustee's Motion to Authorize Interim Distribution.
6.6.19 Filed Motion to allow claim by Golden West. NOD filed and mailed on 6/6/19.
6.3.19 TTEE Filed Motion to Authorize Interim Distribution. NOD filed mailed on 6/4/19.
7-18-18 Filed Motion to Sell of all of the estates assets, specifically including, but not limited to that certain Limited Recourse Promissory Note dated 10/27/14, free and clear of liens under Section 363(f) - to CEP for $2,200,000.00 (the "Purchase Price").
5-29-18 Adversary #17-1084 Closed. Complaint dismissed
10-30-17 Filed Adv. #17-01084 - against Park Ridge Properties, LLLP, LC Medical Properties, LLLP.
7-24-17 - Evaluating the sale transaction.
1-25-17 - Employ special counsel to pursue and collect Notes Receivable: Amounts due on sale of real estate; Investigate any possible fraudulent conveyances.

**Initial Projected Date Of Final Report (TFR):** 12/31/2017  
**Current Projected Date Of Final Report (TFR):** 08/31/2020

07/31/2020  
Date

/s/Philip J. Montoya  
Philip J. Montoya

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| | | |
|---|---|---|
| Case No.: 16-12947 | Trustee Name: | Philip J. Montoya (510120) |
| Case Name: LAS CRUCES COUNTRY CLUB, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: **-***9217 | Account #: | ******4400 Checking |
| For Period Ending: 06/30/2020 | Blanket Bond (per case limit): | N/A |
| | Separate Bond (if applicable): | $1,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/02/18 | | | TCNM LLCSELLER PRO 20181002QMGFT00200 1474 | | 2,185,145.90 | | 2,185,145.90 |
| | {3} | Cruces Equity Partners | Gross sales price per order filed 9/5/18 $2,200,000.00 | 1129-000 | | | |
| | | Las Cruces Abstract and Title Las Cruces Abstract and Title | Closing costs including mortgagee title policy premium -$14,854.10 | 2500-000 | | | |
| 10/15/18 | 101 | Askew & Mazell LLC | Payment of fees and expenses per order filed 10/12/18 | | | 45,623.59 | 2,139,522.31 |
| | | Askew & Mazell LLC | Payment of fees per order filed 10/12/18 $44,177.99 | 3210-000 | | | |
| | | Askew & Mazell LLC | Payment of expenses per order filed 10/12/18 $1,445.60 | 3220-000 | | | |
| 10/22/18 | 102 | INTERNATIONAL SURETIES, LTD | Payment of case bond 8/2/18 - 8/2/19 per order filed 10/18/18 | 2300-000 | | 5,464.00 | 2,134,058.31 |
| 10/31/18 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 135.77 | | 2,134,194.08 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,589.04 | 2,132,605.04 |
| 11/05/18 | 103 | Moore, Bassan & Behles | Payment of fees and expenses per order filed 11/5/18 | | | 5,651.15 | 2,126,953.89 |
| | | Moore, Bassan & Behles, PC | Payment of expenses per order filed 11/5/18 $376.06 | 3220-000 | | | |
| | | Moore, Bassan & Behles, PC | Payment of fees per order filed 11/5/18 $5,275.09 | 3210-000 | | | |
| 11/30/18 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 175.09 | | 2,127,128.98 |
| 12/31/18 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 180.66 | | 2,127,309.64 |
| 01/31/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 180.68 | | 2,127,490.32 |
| 02/28/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 163.20 | | 2,127,653.52 |
| 03/31/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 180.70 | | 2,127,834.22 |
| 04/30/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 174.89 | | 2,128,009.11 |
| 05/31/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 180.73 | | 2,128,189.84 |
| 06/30/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 174.92 | | 2,128,364.76 |
| 07/22/19 | 104 | Dan Pick, Esq. | Payment of 75% of fees and 100% of expenses and tax per invoices of May and June 2019 | | | 1,255.56 | 2,127,109.20 |
| | | Dan Pick, Esq. | 100% of expenses from May and June invoices $119.31 | 3220-000 | | | |
| | | Dan Pick, Esq. | 75% of fees from May and June invoices $1,136.25 | 3210-000 | | | |
| 07/25/19 | 105 | NEW MEXICO TAXATION & REVENUE DEPARTMENT | Distribution payment - Dividend paid at 100.00% of $63,326.77; Claim # 3P; Filed: $63,326.77 | 5800-000 | | 63,326.77 | 2,063,782.43 |

Page Subtotals: $2,186,692.54   $122,910.11

{ } Asset Reference(s)                                                                                                     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 16-12947 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | LAS CRUCES COUNTRY CLUB, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9217 | Account #: | ******4400 Checking |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | N/A |
|  |  | Separate Bond (if applicable): | $1,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/25/19 | 106 | First Valley Realty, Inc. | Distribution payment - Dividend paid at 68.15% of $201,385.73; Claim # 1; Filed: $201,385.73 | 7100-000 |  | 137,235.72 | 1,926,546.71 |
| 07/25/19 | 107 | SIMPSON NORTON CORP. | Distribution payment - Dividend paid at 68.15% of $2,949.07; Claim # 2; Filed: $2,949.07 | 7100-000 |  | 2,009.67 | 1,924,537.04 |
| 07/25/19 | 108 | New Mexico Taxation & Revenue Department | Distribution payment - Dividend paid at 68.15% of $545.73; Claim # 3U; Filed: $545.73 | 7100-000 |  | 371.89 | 1,924,165.15 |
| 07/25/19 | 109 | KSN ENTERPRISES | Distribution payment - Dividend paid at 68.15% of $133.36; Claim # 4; Filed: $133.36 | 7100-000 |  | 90.89 | 1,924,074.26 |
| 07/25/19 | 110 | JAMES WILLIAM RIVES | Distribution payment - Dividend paid at 68.15% of $10,461.37; Claim # 5; Filed: $10,461.37 | 7100-000 |  | 7,128.97 | 1,916,945.29 |
| 07/25/19 | 111 | Oakriver, LLC James W. Rives | Distribution payment - Dividend paid at 68.15% of $30,000.00; Claim # 6; Filed: $30,000.00 | 7100-000 |  | 20,443.71 | 1,896,501.58 |
| 07/25/19 | 112 | Sonoma Ranch Entities c/o Joseph Cervantes, Esq | Distribution payment - Dividend paid at 68.15% of $708,540.76; Claim # 7; Filed: $855,080.63 | 7100-000 |  | 482,840.08 | 1,413,661.50 |
| 07/25/19 | 113 | EL PASO ELECTRIC COMPANY | Distribution payment - Dividend paid at 68.15% of $1,602.48; Claim # 9; Filed: $1,602.48 | 7100-000 |  | 1,092.02 | 1,412,569.48 |
| 07/25/19 | 114 | Acushnet Company Attn: Kate Benner | Distribution payment - Dividend paid at 68.15% of $8,297.40; Claim # 10; Filed: $8,297.40 | 7100-000 |  | 5,654.32 | 1,406,915.16 |
| 07/25/19 | 115 | American Linen & Uniform Supply Attn: Office/General Manager | Distribution payment - Dividend paid at 68.15% of $43,738.58; Claim # 11; Filed: $43,738.58 | 7100-000 |  | 29,805.96 | 1,377,109.20 |
| 07/31/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 178.86 |  | 1,377,288.06 |
| 08/06/19 | 116 | US Treasury | Payment of user fee for determination letter per order doc 277 | 2990-000 |  | 600.00 | 1,376,688.06 |
| 08/31/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 119.70 |  | 1,376,807.76 |
| 09/03/19 | 117 | INTERNATIONAL SURETIES, LTD | Payment of case bond per order (doc249) filed 8/30/19 | 2300-000 |  | 2,717.00 | 1,374,090.76 |
| 09/03/19 | 118 | Golden West Trading Co | Rent for 12/1/16 through 11/30/19 per order doc245 | 2410-000 |  | 12,600.00 | 1,361,490.76 |
| 09/30/19 | Int | Mechanics Bank | Interest Posting | 1270-000 | 112.25 |  | 1,361,603.01 |
| 10/31/19 | Int | Mechanics Bank | Interest Posting | 1270-000 | 115.64 |  | 1,361,718.65 |
| 11/21/19 | 119 | Dan Pick | Payment 75% fees 100% expense per order filed 5/15/19 doc 233 |  |  | 3,039.49 | 1,358,679.16 |
|  |  | Dan Pick, Esq. | 100% of expenses from July and August invoices $401.36 | 3220-000 |  |  |  |
|  |  | Dan Pick, Esq. | 75% fees July and August invoices $2,638.13 | 3210-000 |  |  |  |
| 11/30/19 | Int | Mechanics Bank | Interest Posting | 1270-000 | 111.87 |  | 1,358,791.03 |
| 12/31/19 | Int | Mechanics Bank | Interest Posting | 1270-000 | 115.40 |  | 1,358,906.43 |
| 01/23/20 | 120 | Dan Pick, Esq. | Final payment on fees per order doc# 263 | 3210-000 |  | 1,258.12 | 1,357,648.31 |
| 01/31/20 | Int | Mechanics Bank | Interest Posting | 1270-000 | 115.41 |  | 1,357,763.72 |

Page Subtotals: $869.13    $706,887.84

{ } Asset Reference(s)      ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 16-12947 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | LAS CRUCES COUNTRY CLUB, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9217 | Account #: | ******4400 Checking |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/05/20 | 121 | Tom Whatley | Payment of fees per order doc#268 | 3731-000 | | 142,395.00 | 1,215,368.72 |
| 02/28/20 | 122 | Steven W. Johnson | Payment of fees per order doc269 | 3310-000 | | 8,024.38 | 1,207,344.34 |
| 02/29/20 | Int | Mechanics Bank | Interest Posting | 1270-000 | 107.87 | | 1,207,452.21 |
| 03/25/20 | 123 | Golden West Trading Co | Final rent for 12/1/19 through 3/31/20 per order doc245 | 2410-000 | | 1,400.00 | 1,206,052.21 |
| 03/26/20 | 124 | American Document Services | Document destruction expense per order doc273 | 2420-000 | | 1,784.73 | 1,204,267.48 |
| 03/27/20 | 125 | Askew White LLC | Attorney for trustee Fees and expenses per order doc275 | | | 10,122.31 | 1,194,145.17 |
| | | Askew & Mazell LLC | fees $8,757.50 | 3210-000 | | | |
| | | Askew & Mazell LLC | expenses $1,364.81 | 3220-000 | | | |
| 03/31/20 | Int | Mechanics Bank | Interest Posting | 1270-000 | 68.11 | | 1,194,213.28 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 1,078.77 | 1,193,134.51 |
| 04/30/20 | Int | Mechanics Bank | Interest Posting | 1270-000 | 10.08 | | 1,193,144.59 |
| 05/31/20 | Int | Mechanics Bank | Interest Posting | 1270-000 | 10.14 | | 1,193,154.73 |
| 06/01/20 | 126 | UNITED STATES BANKRUPTCY COURT | Filing fee for Adv 17-01084 | 2700-000 | | 350.00 | 1,192,804.73 |
| 06/09/20 | Int | Mechanics Bank | Interest Posting | 1270-000 | 2.61 | | 1,192,807.34 |
| 06/09/20 | | To Account #******4401 | Transfer to DDA | 9999-000 | | 1,192,804.73 | 2.61 |
| 06/10/20 | | Mechanics Bank | Interest posted in error | 1270-000 | 2.61 | | 5.22 |
| 06/11/20 | | Mechanics Bank | Adjustment to correct #33 | 1270-000 | -2.61 | | 2.61 |
| 06/11/20 | | Mechanics Bank | Adjustment to transfer interest earned on 06/09/2020 to account xxxxxx4401 | 1270-000 | -2.61 | | 0.00 |
| | | | COLUMN TOTALS | | 2,187,757.87 | 2,187,757.87 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 1,192,804.73 | |
| | | | Subtotal | | 2,187,757.87 | 994,953.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2,187,757.87 | $994,953.14 | |

{ } Asset Reference(s)      ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 16-12947 | **Trustee Name:** | Philip J. Montoya (510120) | |
| **Case Name:** | LAS CRUCES COUNTRY CLUB, INC. | **Bank Name:** | Mechanics Bank | |
| **Taxpayer ID #:** | **-***9217 | **Account #:** | ******4401 Checking | |
| **For Period Ending:** | 06/30/2020 | **Blanket Bond (per case limit):** | N/A | |
| | | **Separate Bond (if applicable):** | $1,500,000.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/09/20 | | To Account #xxxxxx4401 | Transfer to DDA | 9999-000 | 1,192,804.73 | | 1,192,804.73 |
| 06/11/20 | | Interest Earned, transferred from account xxxxxx4400 | Interest Earned, transferred from account xxxxxx4400 | 1270-000 | 2.61 | | 1,192,807.34 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 550.00 | 1,192,257.34 |

| | | | | |
|---|---|---|---|---|
| | **COLUMN TOTALS** | | 1,192,807.34 | 550.00 | $1,192,257.34 |
| | Less: Bank Transfers/CDs | | 1,192,804.73 | 0.00 | |
| | **Subtotal** | | 2.61 | 550.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$2.61** | **$550.00** | |

{ } Asset Reference(s)        ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-5

| | | | |
|---|---|---|---|
| **Case No.:** | 16-12947 | **Trustee Name:** | Philip J. Montoya (510120) |
| **Case Name:** | LAS CRUCES COUNTRY CLUB, INC. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***9217 | **Account #:** | ******4401 Checking |
| **For Period Ending:** | 06/30/2020 | **Blanket Bond (per case limit):** | N/A |
| | | **Separate Bond (if applicable):** | $1,500,000.00 |

| | |
|---:|---:|
| Net Receipts: | $2,187,760.48 |
| Plus Gross Adjustments: | $14,854.10 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $2,202,614.58 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4400 Checking | $2,187,757.87 | $994,953.14 | $0.00 |
| ******4401 Checking | $2.61 | $550.00 | $1,192,257.34 |
| | $2,187,760.48 | $995,503.14 | $1,192,257.34 |

07/31/2020  
Date

/s/Philip J. Montoya  
Philip J. Montoya