UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO
New Mexico DIVISION

In re:

LAS CRUCES COUNTRY CLUB, INC., § Case No. 16-12947-J7
Debtor(s) § Chapter 7
§
§

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 11/29/2016. The undersigned trustee was appointed on 11/29/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of            $      2,202,614.58

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 750,000.00 |
   | Administrative expenses | 257,139.43 |
   | Bank service fees | 2,667.81 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 1,192,807.34 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/05/2017 and the deadline for filing governmental claims was 05/28/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $67,413.99. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $67,413.99, for a total compensation of $67,413.99[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $5,902.89 for total expenses of $5,902.89[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/17/2020　　　　　　　　　　By: /s/ Philip J. Montoya
　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 16-12947-J7  
Case Name: LAS CRUCES COUNTRY CLUB, INC.  
For Period Ending: 06/17/2020

Trustee Name: (510120) Philip J. Montoya  
Date Filed (f) or Converted (c): 11/29/2016 (f)  
§ 341(a) Meeting Date: 01/25/2017  
Claims Bar Date: 05/05/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Operating Account at First New Mexico Bank, xxxx<br>Imported from original petition Doc# 9 | 455.69 | 455.69 | | 0.00 | FA |
| 2 | A/R 90 days old or less. Face amount = $0. Doubt<br>Imported from original petition Doc# 9 | Unknown | Unknown | | 0.00 | FA |
| 3 | Notes Receivable: Amount due on sale of real est<br>Imported from original petition Doc# 9 | 4,878,125.00 | 4,878,125.00 | | 2,200,000.00 | FA |
| 4 | See attached Exhibit A. Valuation Method:<br>Imported from original petition Doc# 9 | 756.00 | 756.00 | | 0.00 | FA |
| 5 | See Exhibit A. Valuation Method:<br>Imported from original petition Doc# 9 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Various trophys and plaques - no real value<br>Imported from original petition Doc# 9 | 0.00 | 0.00 | | 0.00 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 2,614.58 | Unknown |
| 7 | **Assets Totals (Excluding unknown values)** | **$4,879,336.69** | **$4,879,336.69** | | **$2,202,614.58** | **$0.00** |

**Major Activities Affecting Case Closing:**

7-30-19: Special Counsel Dan Pick is seeking reinstatement of tax free status.
6.28.19  Notice Given to the Internal Revenue Service of the Deadline for Filing Objections to Chapter 7 Trustee's Motion to Authorize Interim Distribution.
6.6.19  Filed Motion to allow claim by Golden West.  NOD filed and mailed on 6/6/19.
6.3.19 TTEE Filed Motion to Authorize Interim Distribution.  NOD filed mailed on 6/4/19.
7-18-18  Filed Motion to Sell of all of the estates assets, specifically including, but not limited to that certain Limited Recourse Promissory Note dated 10/27/14, free and clear of liens under Section 363(f) - to CEP for $2,200,000.00 (the "Purchase Price").
5-29-18  Adversary #17-1084 Closed. Complaint dismissed
10-30-17  Filed Adv. #17-01084 - against Park Ridge Properties, LLLP, LC Medical Properties, LLLP.
7-24-17 - Evaluating the sale transaction.
1-25-17 - Employ special counsel to pursue and collect Notes Receivable: Amounts due on sale of real estate;  Investigate any possible fraudulent conveyances.

**Initial Projected Date Of Final Report (TFR):** 12/31/2017  **Current Projected Date Of Final Report (TFR):** 06/30/2020

UST Form 101-7-TFR (5/1/2011)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 16-12947-J7 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | LAS CRUCES COUNTRY CLUB, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9217 | Account #: | ******4400 Checking |
| For Period Ending: | 06/17/2020 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/02/18 | | | TCNM LLCSELLER PRO 20181002QMGFT00200 1474 | | 2,185,145.90 | | 2,185,145.90 |
| | {3} | Cruces Equity Partners | Gross sales price per order filed 9/5/18 $2,200,000.00 | 1129-000 | | | |
| | | Las Cruces Abstract and Title Las Cruces Abstract and Title | Closing costs including mortgagee title policy premium -$14,854.10 | 2500-000 | | | |
| 10/15/18 | 101 | Askew & Mazell LLC | Payment of fees and expenses per order filed 10/12/18 | | | 45,623.59 | 2,139,522.31 |
| | | Askew & Mazell LLC | Payment of fees per order filed 10/12/18 $44,177.99 | 3210-000 | | | |
| | | Askew & Mazell LLC | Payment of expenses per order filed 10/12/18 $1,445.60 | 3220-000 | | | |
| 10/22/18 | 102 | INTERNATIONAL SURETIES, LTD | Payment of case bond 8/2/18 - 8/2/19 per order filed 10/18/18 | 2300-000 | | 5,464.00 | 2,134,058.31 |
| 10/31/18 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 135.77 | | 2,134,194.08 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,589.04 | 2,132,605.04 |
| 11/05/18 | 103 | Moore, Bassan & Behles | Payment of fees and expenses per order filed 11/5/18 | | | 5,651.15 | 2,126,953.89 |
| | | Moore, Bassan & Behles, PC | Payment of expenses per order filed 11/5/18 $376.06 | 3220-000 | | | |
| | | Moore, Bassan & Behles, PC | Payment of fees per order filed 11/5/18 $5,275.09 | 3210-000 | | | |
| 11/30/18 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 175.09 | | 2,127,128.98 |
| 12/31/18 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 180.66 | | 2,127,309.64 |
| 01/31/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 180.68 | | 2,127,490.32 |
| 02/28/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 163.20 | | 2,127,653.52 |
| 03/31/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 180.70 | | 2,127,834.22 |
| 04/30/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 174.89 | | 2,128,009.11 |
| 05/31/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 180.73 | | 2,128,189.84 |
| 06/30/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 174.92 | | 2,128,364.76 |
| 07/22/19 | 104 | Dan Pick, Esq. | Payment of 75% of fees and 100% of expenses and tax per invoices of May and June 2019 | | | 1,255.56 | 2,127,109.20 |
| | | Dan Pick, Esq. | 100% of expenses from May and June invoices $119.31 | 3220-000 | | | |
| | | Dan Pick, Esq. | 75% of fees from May and June invoices $1,136.25 | 3210-000 | | | |
| 07/25/19 | 105 | NEW MEXICO TAXATION & REVENUE DEPARTMENT | Distribution payment - Dividend paid at 100.00% of $63,326.77; Claim # 3P; Filed: $63,326.77 | 5800-000 | | 63,326.77 | 2,063,782.43 |

Page Subtotals: $2,186,692.54 $122,910.11

Case 16-12947-j7    Doc 307    Filed 06/30/21    Entered 06/30/21 20:23:32 Page 4 of 19

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-12947-J7 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | LAS CRUCES COUNTRY CLUB, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9217 | Account #: | ******4400 Checking |
| For Period Ending: | 06/17/2020 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/25/19 | 106 | First Valley Realty, Inc. | Distribution payment - Dividend paid at 68.15% of $201,385.73; Claim # 1; Filed: $201,385.73 | 7100-000 | | 137,235.72 | 1,926,546.71 |
| 07/25/19 | 107 | SIMPSON NORTON CORP. | Distribution payment - Dividend paid at 68.15% of $2,949.07; Claim # 2; Filed: $2,949.07 | 7100-000 | | 2,009.67 | 1,924,537.04 |
| 07/25/19 | 108 | New Mexico Taxation & Revenue Department | Distribution payment - Dividend paid at 68.15% of $545.73; Claim # 3U; Filed: $545.73 | 7100-000 | | 371.89 | 1,924,165.15 |
| 07/25/19 | 109 | KSN ENTERPRISES | Distribution payment - Dividend paid at 68.15% of $133.36; Claim # 4; Filed: $133.36 | 7100-000 | | 90.89 | 1,924,074.26 |
| 07/25/19 | 110 | JAMES WILLIAM RIVES | Distribution payment - Dividend paid at 68.15% of $10,461.37; Claim # 5; Filed: $10,461.37 | 7100-000 | | 7,128.97 | 1,916,945.29 |
| 07/25/19 | 111 | Oakriver, LLC James W. Rives | Distribution payment - Dividend paid at 68.15% of $30,000.00; Claim # 6; Filed: $30,000.00 | 7100-000 | | 20,443.71 | 1,896,501.58 |
| 07/25/19 | 112 | Sonoma Ranch Entities c/o Joseph Cervantes, Esq | Distribution payment - Dividend paid at 68.15% of $708,540.76; Claim # 7; Filed: $855,080.63 | 7100-000 | | 482,840.08 | 1,413,661.50 |
| 07/25/19 | 113 | EL PASO ELECTRIC COMPANY | Distribution payment - Dividend paid at 68.15% of $1,602.48; Claim # 9; Filed: $1,602.48 | 7100-000 | | 1,092.02 | 1,412,569.48 |
| 07/25/19 | 114 | Acushnet Company Attn: Kate Benner | Distribution payment - Dividend paid at 68.15% of $8,297.40; Claim # 10; Filed: $8,297.40 | 7100-000 | | 5,654.32 | 1,406,915.16 |
| 07/25/19 | 115 | American Linen & Uniform Supply Attn: Office/General Manager | Distribution payment - Dividend paid at 68.15% of $43,738.58; Claim # 11; Filed: $43,738.58 | 7100-000 | | 29,805.96 | 1,377,109.20 |
| 07/31/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 178.86 | | 1,377,288.06 |
| 08/06/19 | 116 | US Treasury | Payment of user fee for determination letter per order doc 277 | 2990-000 | | 600.00 | 1,376,688.06 |
| 08/31/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 119.70 | | 1,376,807.76 |
| 09/03/19 | 117 | INTERNATIONAL SURETIES, LTD | Payment of case bond per order (doc249) filed 8/30/19 | 2300-000 | | 2,717.00 | 1,374,090.76 |
| 09/03/19 | 118 | Golden West Trading Co | Rent for 12/1/16 through 11/30/19 per order doc245 | 2410-000 | | 12,600.00 | 1,361,490.76 |
| 09/30/19 | Int | Mechanics Bank | Interest Posting | 1270-000 | 112.25 | | 1,361,603.01 |
| 10/31/19 | Int | Mechanics Bank | Interest Posting | 1270-000 | 115.64 | | 1,361,718.65 |
| 11/21/19 | 119 | Dan Pick | Payment 75% fees 100% expense per order filed 5/15/19 doc 233 | | | 3,039.49 | 1,358,679.16 |
| | | Dan Pick, Esq. | 100% of expenses from July and August invoices $401.36 | 3220-000 | | | |
| | | Dan Pick, Esq. | 75% fees July and August invoices $2,638.13 | 3210-000 | | | |
| 11/30/19 | Int | Mechanics Bank | Interest Posting | 1270-000 | 111.87 | | 1,358,791.03 |
| 12/31/19 | Int | Mechanics Bank | Interest Posting | 1270-000 | 115.40 | | 1,358,906.43 |
| 01/23/20 | 120 | Dan Pick, Esq. | Final payment on fees per order doc# 263 | 3210-000 | | 1,258.12 | 1,357,648.31 |
| 01/31/20 | Int | Mechanics Bank | Interest Posting | 1270-000 | 115.41 | | 1,357,763.72 |

Page Subtotals: $869.13 $706,887.84

Case 16-12947-j7    Doc 307    Filed 06/30/21    Entered 06/30/21 20:23:32 Page 5 of 19

{ } Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                                ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 3

| Case No.: | 16-12947-J7 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | LAS CRUCES COUNTRY CLUB, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9217 | Account #: | ******4400 Checking |
| For Period Ending: | 06/17/2020 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/05/20 | 121 | Tom Whatley | Payment of fees per order doc#268 | 3731-000 | | 142,395.00 | 1,215,368.72 |
| 02/28/20 | 122 | Steven W. Johnson | Payment of fees per order doc269 | 3310-000 | | 8,024.38 | 1,207,344.34 |
| 02/29/20 | Int | Mechanics Bank | Interest Posting | 1270-000 | 107.87 | | 1,207,452.21 |
| 03/25/20 | 123 | Golden West Trading Co | Final rent for 12/1/19 through 3/31/20 per order doc245 | 2410-000 | | 1,400.00 | 1,206,052.21 |
| 03/26/20 | 124 | American Document Services | Document destruction expense per order doc273 | 2420-000 | | 1,784.73 | 1,204,267.48 |
| 03/27/20 | 125 | Askew White LLC | Attorney for trustee Fees and expenses per order doc275 | | | 10,122.31 | 1,194,145.17 |
| | | Askew & Mazell LLC | fees $8,757.50 | 3210-000 | | | |
| | | Askew & Mazell LLC | expenses $1,364.81 | 3220-000 | | | |
| 03/31/20 | Int | Mechanics Bank | Interest Posting | 1270-000 | 68.11 | | 1,194,213.28 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 1,078.77 | 1,193,134.51 |
| 04/30/20 | Int | Mechanics Bank | Interest Posting | 1270-000 | 10.08 | | 1,193,144.59 |
| 05/31/20 | Int | Mechanics Bank | Interest Posting | 1270-000 | 10.14 | | 1,193,154.73 |
| 06/01/20 | 126 | UNITED STATES BANKRUPTCY COURT | Filing fee for Adv 17-01084 | 2700-000 | | 350.00 | 1,192,804.73 |
| 06/09/20 | Int | Mechanics Bank | Interest Posting | 1270-000 | 2.61 | | 1,192,807.34 |
| 06/09/20 | | To Account #******4401 | Transfer to DDA | 9999-000 | | 1,192,804.73 | 2.61 |
| 06/10/20 | | Mechanics Bank | Interest posted in error | 1270-000 | 2.61 | | 5.22 |
| 06/11/20 | | Mechanics Bank | Adjustment to correct #33 | 1270-000 | -2.61 | | 2.61 |
| 06/11/20 | | Mechanics Bank | Adjustment to transfer interest earned on 06/09/2020 to account xxxxxx4401 | 1270-000 | -2.61 | | 0.00 |
| | | **COLUMN TOTALS** | | | **2,187,757.87** | **2,187,757.87** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 1,192,804.73 | |
| | | **Subtotal** | | | **2,187,757.87** | **994,953.14** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$2,187,757.87** | **$994,953.14** | |

Case 16-12947-j7    Doc 307    Filed 06/30/21    Entered 06/30/21 20:23:32 Page 6 of 19

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 16-12947-J7 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | LAS CRUCES COUNTRY CLUB, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9217 | Account #: | ******4401 Checking |
| For Period Ending: | 06/17/2020 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/09/20 | | To Account #xxxxxx4401 | Transfer to DDA | 9999-000 | 1,192,804.73 | | 1,192,804.73 |
| 06/11/20 | | Interest Earned, transferred from account xxxxxx4400 | Interest Earned, transferred from account xxxxxx4400 | 1270-000 | 2.61 | | 1,192,807.34 |
| | | **COLUMN TOTALS** | | | 1,192,807.34 | 0.00 | $1,192,807.34 |
| | | Less: Bank Transfers/CDs | | | 1,192,804.73 | 0.00 | |
| | | **Subtotal** | | | 2.61 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $2.61 | $0.00 | |

{ } Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                                        ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-12947-J7 | **Trustee Name:** | Philip J. Montoya (510120) | |
| **Case Name:** | LAS CRUCES COUNTRY CLUB, INC. | **Bank Name:** | Mechanics Bank | |
| **Taxpayer ID #:** | **-***9217 | **Account #:** | ******4401 Checking | |
| **For Period Ending:** | 06/17/2020 | **Blanket Bond (per case limit):** | N/A | |
| | | **Separate Bond (if applicable):** | $1,500,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4400 Checking | $2,187,757.87 | $994,953.14 | $0.00 |
| ******4401 Checking | $2.61 | $0.00 | $1,192,807.34 |
| | **$2,187,760.48** | **$994,953.14** | **$1,192,807.34** |

# Exhibit C
## Analysis of Claims Register

Case: 16-12947-J7        LAS CRUCES COUNTRY CLUB, INC.

Claims Bar Date: 05/05/17

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | CITY OF LAS CRUCES<br>200 N. Church<br>Las Cruces, NM 88001<br><4700-070 Certain Real Property Tax Liens § 724(b)><br>, 100 | Secured<br>04/26/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Doc. #267 | 01/30/2020 | Withdrawal of Claim Nos. 8 (City of Las Cruces) | | | | | |
| | Claim to be paid by Sonoma | | | | | |
| FEE | Phillip J. Montoya<br>Chapter 7 Trustee<br>1122 Central Avenue SW, Suite 3<br>Albuquerque, NM 87102-2947<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>10/03/18 | | $67,413.99<br>$67,413.99 | $0.00 | $67,413.99 |
| TE | Phillip J. Montoya<br>Chapter 7 Trustee<br>1122 Central Avenue SW, Suite 3<br>Albuquerque, NM 87102-2947<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>06/08/20 | | $5,902.89<br>$5,902.89 | $0.00 | $5,902.89 |
| | American Document Services<br>300A N 17th Street<br>Las Cruces, NM 88005<br><2420-000 Costs to Secure/Maintain Property><br>, 200 | Administrative<br>03/25/20 | | $0.00<br>$1,784.73 | $1,784.73 | $0.00 |
| | Document destruction per order doc | | | | | |
| | Askew & Mazell LLC<br>1122 Central Avenue SW, Suite 2<br>Albuquerque, NM 87102<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>10/15/18 | | $52,935.49<br>$52,935.49 | $52,935.49 | $0.00 |
| | Askew & Mazell LLC<br>1122 Central Avenue SW, Suite 2<br>Albuquerque, NM 87102<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>10/15/18 | | $2,810.41<br>$2,810.41 | $2,810.41 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C
## Analysis of Claims Register

Case: 16-12947-J7              LAS CRUCES COUNTRY CLUB, INC.

Claims Bar Date: 05/05/17

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| | Dan Pick, Esq.,<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>05/27/19 | | $5,032.50<br>$5,032.50 | $5,032.50 | $0.00 |
| | Dan Pick, Esq.,<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>05/27/19 | | $520.67<br>$520.67 | $520.67 | $0.00 |
| | Golden West Trading Coup, Inc.<br>3605 Dona Ana Road<br>Las Cruces, NM 88007<br><2410-000 Administrative Rent><br>, 200<br>Per order (doc245) filed 7/17/19 | Administrative<br>07/17/19 | | $14,000.00<br>$14,000.00 | $14,000.00 | $0.00 |
| | INTERNAL REVENUE SERVICE,<br><2990-000 Other Chapter 7 Administrative Expenses><br>, 200<br>User fee for exempt org dtermination letter | Administrative<br>08/06/19 | | $600.00<br>$600.00 | $600.00 | $0.00 |
| | INTERNATIONAL SURETIES, LTD<br>701 Poydras Street #420<br>New Orleans, LA 70139<br><2300-000 Bond Payments><br>, 200 | Administrative<br>10/22/18 | | $8,181.00<br>$8,181.00 | $8,181.00 | $0.00 |
| | Las Cruces Abstract and Title,<br><2500-000 Costs re Sale of Property><br>, 200 | Administrative<br>10/03/18 | | $14,854.10<br>$14,854.10 | $14,854.10 | $0.00 |
| | Moore, Bassan & Behles, PC<br>1122 Central Avenue SW Suite 1<br>Albuquerque, NM 87102<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>11/05/18 | | $376.06<br>$376.06 | $376.06 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C
## Analysis of Claims Register

Case: 16-12947-J7  LAS CRUCES COUNTRY CLUB, INC.

Claims Bar Date: 05/05/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Moore, Bassan & Behles, PC 1122 Central Avenue SW Suite 1 Albuquerque, NM 87102 <3210-000 Attorney for Trustee Fees (Other Firm)> , 200 | Administrative 11/05/18 | | $5,275.09 $5,275.09 | $5,275.09 | $0.00 |
| | Steven W. Johnson 119 E. Marcy Street, Suite 203 Santa Fe, NM 87501 <3310-000 Accountant for Trustee Fees (Trustee Firm)> , 200 | Administrative 05/27/19 | | $8,024.38 $8,024.38 | $8,024.38 | $0.00 |
| | Tom Whatley 2818 Carretas Court Las Cruces, NM 88007 <3731-000 Consultant for Trustee Fees> , 200 | Administrative 05/27/19 | | $142,395.00 $142,395.00 | $142,395.00 | $0.00 |
| | UNITED STATES BANKRUPTCY COURT 333 Lomas Blvd., NW, Suite 360 Albuquerque, NM 87102 <2700-000 Clerk of the Court Fees> , 200 | Administrative 06/01/20 | | $350.00 $350.00 | $350.00 | $0.00 |
| 3P | NEW MEXICO TAXATION & REVENUE DEPARTMENT PO BOX 8575 ALBUQUERQUE, NM 87198-8575 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 Amended 2/10/17 | Priority 02/07/17 | | $63,326.77 $63,326.77 | $63,326.77 | $0.00 |
| 16P | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 07/03/19 | | $11,465.68 $11,465.68 | $0.00 | $11,465.68 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C
## Analysis of Claims Register

Case: 16-12947-J7       LAS CRUCES COUNTRY CLUB, INC.

Claims Bar Date: 05/05/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| SURPLUS | LAS CRUCES COUNTRY CLUB, INC. c/o Trey Arvizu PO Box 1479 LAS CRUCES, NM 88004-1479 <8200-000 Surplus Funds Paid to Debtor Section 726(a)(6)> , 650 | Unsecured 06/17/20 | | $0.00 $730,481.57 | $0.00 | $730,481.57 |
| 1 | First Valley Realty, Inc. 1155 S. Telshor, Suite B Las Cruces, NM 88011 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610  Amended 11./16/18 | Unsecured 01/25/17 | | $201,385.73 $201,385.73 | $137,235.72 | $64,150.01 |
| 1I | First Valley Realty, Inc. 1155 S. Telshor, Suite B Las Cruces, NM 88011 <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 06/17/20 | | N/A $5,914.84 | $0.00 | $5,914.84 |
| 2 | SIMPSON NORTON CORP. 4144 Bullard Ave. Goodyear, AZ 85338 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 02/03/17 | | $2,949.07 $2,949.07 | $2,009.67 | $939.40 |
| 2I | SIMPSON NORTON CORP. 4144 Bullard Ave. Goodyear, AZ 85338 <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 06/17/20 | | N/A $86.62 | $0.00 | $86.62 |
| 3SUB | New Mexico Taxation & Revenue Department PO Box 8575 Albuquerque, NM 87198-8575 <7300-000 Section 726(a)(4) Fines, Penalties> , 630  Amended 2/10/17 | Unsecured 02/07/17 | | $3,932.66 $3,932.66 | $0.00 | $3,932.66 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C
## Analysis of Claims Register

Case: 16-12947-J7     LAS CRUCES COUNTRY CLUB, INC.

Claims Bar Date: 05/05/17

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3U | New Mexico Taxation & Revenue Department<br>PO Box 8575<br>Albuquerque, NM 87198-8575<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Amended 2/10/17 | Unsecured<br>02/07/17 | | $545.73<br>$545.73 | $371.89 | $173.84 |
| 4 | KSN ENTERPRISES<br>HC31 Box 131B<br>Caballo, NM 87931<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/07/17 | | $133.36<br>$133.36 | $90.89 | $42.47 |
| 4I | KSN ENTERPRISES<br>HC31 Box 131B<br>Caballo, NM 87931<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>06/17/20 | | N/A<br>$3.92 | $0.00 | $3.92 |
| 5 | JAMES WILLIAM RIVES<br>PO Box 1074<br>Dona Ana, NM 88032<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/28/17 | | $10,461.37<br>$10,461.37 | $7,128.97 | $3,332.40 |
| 5I | JAMES WILLIAM RIVES<br>PO Box 1074<br>Dona Ana, NM 88032<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>06/17/20 | | N/A<br>$307.26 | $0.00 | $307.26 |
| 6 | Oakriver, LLC James W. Rives<br>5220 Farside St.<br>Las Cruces, NM 88007<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/28/17 | | $30,000.00<br>$30,000.00 | $20,443.71 | $9,556.29 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C
## Analysis of Claims Register

Case: 16-12947-J7       LAS CRUCES COUNTRY CLUB, INC.

Claims Bar Date: 05/05/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6I | Oakriver, LLC James W. Rives<br>5220 Farside St.<br>Las Cruces, NM 88007<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>06/17/20 | | N/A<br>$881.12 | $0.00 | $881.12 |
| 7 | Sonoma Ranch Entities c/o Joseph Cervantes, Esq<br>2610 S. Espina St.<br>Las Cruces, NM 88001<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/10/17 | | $855,080.63<br>$708,540.76 | $482,840.08 | $225,700.68 |
| | Amended by settlement agreement dated 5/13/19 (Ex. to Motion doc #230) | | | | | |
| 7I | Sonoma Ranch Entities c/o Joseph Cervantes, Esq<br>2610 S. Espina St.<br>Las Cruces, NM 88001<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>06/17/20 | | N/A<br>$20,810.33 | $0.00 | $20,810.33 |
| 9 | EL PASO ELECTRIC COMPANY ATTENTION MS. JUANITA (JJ) JIMENEZ<br>100 N. STANTON STREET<br>EL PASO, TX 79901<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/27/17 | | $1,602.48<br>$1,602.48 | $1,092.02 | $510.46 |
| | MEMO: 06/08/2017 Amendment 9-2 imported by PJM; original claim didn't exist<br>--------------------------------------------------------------------------------\* \* \* | | | | | |
| 9I | EL PASO ELECTRIC COMPANY ATTENTION MS. JUANITA (JJ) JIMENEZ<br>100 N. STANTON STREET<br>EL PASO, TX 79901<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>06/17/20 | | N/A<br>$47.07 | $0.00 | $47.07 |
| 10 | Acushnet Company Attn: Kate Benner<br>PO Box 965<br>Fairhaven, MA 02719<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/01/17 | | $8,297.40<br>$8,297.40 | $5,654.32 | $2,643.08 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C
## Analysis of Claims Register

Case: 16-12947-J7    LAS CRUCES COUNTRY CLUB, INC.

Claims Bar Date: 05/05/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10I | Acushnet Company Attn: Kate Benner PO Box 965 Fairhaven, MA 02719 <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 06/17/20 | | N/A $243.70 | $0.00 | $243.70 |
| 11 | American Linen & Uniform Supply Attn: Office/General Manager 550 N. Church St. Las Cruces, NM 88001 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/03/17 | | $43,738.58 $43,738.58 | $29,805.96 | $13,932.62 |
| 11I | American Linen & Uniform Supply Attn: Office/General Manager 550 N. Church St. Las Cruces, NM 88001 <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 06/17/20 | | N/A $1,284.63 | $0.00 | $1,284.63 |
| 12 | Shamrock Foods c/o Wolkin Law Group 235 W. Giaconda Way, Suite 217 Tucson, AZ 85704 <7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims> , 620 Duplicate claim disallowed by order filed 5/31/19 | Unsecured 05/03/18 | | $14,461.45 $0.00 | $0.00 | $0.00 |
| 13 | James W. Rives P.O. Box 1074 Dona Ana, NM 88032 <7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims> , 620 | Unsecured 07/05/18 | | $19,133.98 $19,133.98 | $0.00 | $19,133.98 |
| 13I | James W. Rives P.O. Box 1074 Dona Ana, NM 88032 <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 06/17/20 | | N/A $561.98 | $0.00 | $561.98 |

# Exhibit C
## Analysis of Claims Register

Case: 16-12947-J7      LAS CRUCES COUNTRY CLUB, INC.

Claims Bar Date: 05/05/17

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14 | Camac Partners<br>401 Park Ave S<br>New York, NY 10016<br><7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims><br>, 620 | Unsecured<br>10/31/18 | | $2,877.96<br>$2,877.96 | $0.00 | $2,877.96 |
| 14I | Camac Partners<br>401 Park Ave S<br>New York, NY 10016<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>06/17/20 | | N/A<br>$84.53 | $0.00 | $84.53 |
| 15 | Golden West Trading Coup. Inc.<br>3605 Dona Ana Rd.<br>Las Cruces, NM 88007<br><7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims><br>, 620<br>Claim dissallowed per order doc245 | Unsecured<br>05/06/19 | | $9,800.00<br>$0.00 | $0.00 | $0.00 |
| 16SUB | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><7300-000 Section 726(a)(4) Fines, Penalties><br>, 630 | Unsecured<br>07/03/19 | | $391.36<br>$391.36 | $0.00 | $391.36 |

Case Total:  $1,007,139.43   $1,192,807.34

UST Form 101-7-TFR (5/1/2011)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-12947-J7
Case Name: LAS CRUCES COUNTRY CLUB, INC.
Trustee Name: Philip J. Montoya

**Balance on hand:** $ 1,192,807.34

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | CITY OF LAS CRUCES | 0.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,192,807.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Phillip J. Montoya | 67,413.99 | 0.00 | 67,413.99 |
| Trustee, Expenses - Phillip J. Montoya | 5,902.89 | 0.00 | 5,902.89 |
| Accountant for Trustee, Fees - Steven W. Johnson | 8,024.38 | 8,024.38 | 0.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 350.00 | 0.00 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 8,181.00 | 8,181.00 | 0.00 |
| Administrative Rent - Golden West Trading Coup, Inc. | 14,000.00 | 14,000.00 | 0.00 |
| Costs to Secure/Maintain Property - American Document Services | 1,784.73 | 1,784.73 | 0.00 |
| Costs re Sale of Property - Las Cruces Abstract and Title | 14,854.10 | 14,854.10 | 0.00 |
| Other Chapter 7 Administrative Expenses - INTERNAL REVENUE SERVICE | 600.00 | 600.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Askew & Mazell LLC | 52,935.49 | 52,935.49 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Moore, Bassan & Behles, PC | 5,275.09 | 5,275.09 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Dan Pick, Esq. | 5,032.50 | 5,032.50 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Askew & Mazell LLC | 2,810.41 | 2,810.41 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Moore, Bassan & Behles, PC | 376.06 | 376.06 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Dan Pick, Esq. | 520.67 | 520.67 | 0.00 |
| Consultant for Trustee Fees - Tom Whatley | 142,395.00 | 142,395.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 73,316.88
Remaining balance: $ 1,119,490.46

**UST Form 101-7-TFR(5/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

|   |   |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 1,119,490.46 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $74,792.45 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | NEW MEXICO TAXATION & REVENUE DEPARTMENT | 63,326.77 | 63,326.77 | 0.00 |
| 16P | Internal Revenue Service | 11,465.68 | 0.00 | 11,465.68 |

|   |   |
|---|---|
| Total to be paid for priority claims: | $ 11,465.68 |
| Remaining balance: | $ 1,108,024.78 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,007,654.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First Valley Realty, Inc. | 201,385.73 | 137,235.72 | 64,150.01 |
| 2 | SIMPSON NORTON CORP. | 2,949.07 | 2,009.67 | 939.40 |
| 3U | New Mexico Taxation & Revenue Department | 545.73 | 371.89 | 173.84 |
| 4 | KSN ENTERPRISES | 133.36 | 90.89 | 42.47 |
| 5 | JAMES WILLIAM RIVES | 10,461.37 | 7,128.97 | 3,332.40 |
| 6 | Oakriver, LLC James W. Rives | 30,000.00 | 20,443.71 | 9,556.29 |
| 7 | Sonoma Ranch Entities c/o Joseph Cervantes, Esq | 708,540.76 | 482,840.08 | 225,700.68 |
| 9 | EL PASO ELECTRIC COMPANY | 1,602.48 | 1,092.02 | 510.46 |
| 10 | Acushnet Company Attn: Kate Benner | 8,297.40 | 5,654.32 | 2,643.08 |
| 11 | American Linen & Uniform Supply Attn: Office/General Manager | 43,738.58 | 29,805.96 | 13,932.62 |

**UST Form 101-7-TFR(5/1/2011)**

|  |  | Total to be paid for timely general unsecured claims: | $ | 320,981.25 |
|  |  | Remaining balance: | $ | 787,043.53 |

Tardily filed claims of general (unsecured) creditors totaling $22,011.94 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 12 | Shamrock Foods c/o Wolkin Law Group | 0.00 | 0.00 | 0.00 |
| 13 | James W. Rives | 19,133.98 | 0.00 | 19,133.98 |
| 14 | Camac Partners | 2,877.96 | 0.00 | 2,877.96 |
| 15 | Golden West Trading Coup. Inc. | 0.00 | 0.00 | 0.00 |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 22,011.94 |
|---|---|---|---:|
|  | Remaining balance: | $ | 765,031.59 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $4,324.02 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 100.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3SUB | New Mexico Taxation & Revenue Department | 3,932.66 | 0.00 | 3,932.66 |
| 16SUB | Internal Revenue Service | 391.36 | 0.00 | 391.36 |

|  | Total to be paid for subordinated claims: | $ | 4,324.02 |
|---|---|---|---:|
|  | Remaining balance: | $ | 760,707.57 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.79% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $30,226.00. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $730,481.57.

**UST Form 101-7-TFR(5/1/2011)**