**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| In re: | | |
| LAS CRUCES COUNTRY CLUB, | § | Case No. 16-12947-j7 |
| INC., | § | Chapter 7 |
| Debtor(s) | § | |
| | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Philip J. Montoya, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,211.69 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,085,727.09 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $336,422.13 | | |

3) Total gross receipts of $2,202,614.58 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $780,465.36 (see **Exhibit 2**), yielded net receipts of $1,422,149.22 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $334,637.40 | $336,422.13 | $336,422.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $21,692.45 | $22,903.19 | $22,903.19 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $1,201,758.03 | $1,029,883.94 | $1,029,883.94 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,558,087.88 | $1,389,209.26 | $1,389,209.26 |

4) This case was originally filed under chapter 7 on 11/29/2016. The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/30/2021

By: /s/ Philip J. Montoya
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Notes Receivable: Amount due on sale of real est | 1129-000 | $2,200,000.00 |
| INTEREST (u) | 1270-000 | $2,614.58 |
| **TOTAL GROSS RECEIPTS** | | **$2,202,614.58** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LAS CRUCES COUNTRY CLUB, INC. | Distribution payment - Dividend paid at 100.00% of $780,465.36; Claim # SURPLUS; Filed: $0.00 | 8200-002 | $780,465.36 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$780,465.36** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | CITY OF LAS CRUCES | 4700-070 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Phillip J. Montoya | 2100-000 | NA | $65,914.48 | $65,914.48 | $65,914.48 |
| Trustee, Expenses - Phillip J. Montoya | 2200-000 | NA | $5,792.91 | $5,792.91 | $5,792.91 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $10,571.00 | $10,571.00 | $10,571.00 |
| Administrative Rent - Golden West Trading Coup, Inc. | 2410-000 | NA | $14,000.00 | $14,000.00 | $14,000.00 |
| Costs to Secure/Maintain Property - American Document Services | 2420-000 | NA | $0.00 | $1,784.73 | $1,784.73 |
| Costs re Sale of Property - Las Cruces Abstract and Title | 2500-000 | NA | $14,854.10 | $14,854.10 | $14,854.10 |
| Banking and Technology Service Fee - Mechanics Bank | 2600-000 | NA | $2,728.77 | $2,728.77 | $2,728.77 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,589.04 | $1,589.04 | $1,589.04 |
| Other Chapter 7 Administrative Expenses - INTERNAL REVENUE SERVICE | 2990-000 | NA | $600.00 | $600.00 | $600.00 |
| Attorney for Trustee Fees (Other Firm) - Askew & Mazell LLC | 3210-000 | NA | $52,935.49 | $52,935.49 | $52,935.49 |
| Attorney for Trustee Fees (Other Firm) - Dan Pick, Esq. | 3210-000 | NA | $5,032.50 | $5,032.50 | $5,032.50 |
| Attorney for Trustee Fees (Other Firm) - Moore, Bassan & Behles, PC | 3210-000 | NA | $5,275.09 | $5,275.09 | $5,275.09 |
| Attorney for Trustee Expenses (Other Firm) - Askew & Mazell LLC | 3220-000 | NA | $2,810.41 | $2,810.41 | $2,810.41 |
| Attorney for Trustee Expenses (Other Firm) - Dan Pick, Esq. | 3220-000 | NA | $520.67 | $520.67 | $520.67 |
| Attorney for Trustee Expenses (Other Firm) - Moore, Bassan & Behles, PC | 3220-000 | NA | $376.06 | $376.06 | $376.06 |
| Accountant for Trustee Fees (Other Firm) - Steven W. Johnson | 3410-000 | NA | $8,200.00 | $8,200.00 | $8,200.00 |
| Accountant for Trustee Expenses (Other Firm) - Steven W. Johnson | 3420-000 | NA | $691.88 | $691.88 | $691.88 |
| Consultant for Trustee Fees - Tom Whatley | 3731-000 | NA | $142,395.00 | $142,395.00 | $142,395.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$334,637.40** | **$336,422.13** | **$336,422.13** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | NEW MEXICO TAXATION & REVENUE DEPARTMENT | 5800-000 | $0.00 | $10,226.77 | $11,437.51 | $11,437.51 |
| 16P | Internal Revenue Service | 5800-000 | NA | $11,465.68 | $11,465.68 | $11,465.68 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $21,692.45 | $22,903.19 | $22,903.19 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First Valley Realty, Inc. | 7100-000 | NA | $201,385.73 | $201,385.73 | $201,385.73 |
| 2 | SIMPSON NORTON CORP. | 7100-000 | $0.00 | $2,949.07 | $2,949.07 | $2,949.07 |
| 3SUB | New Mexico Taxation & Revenue Department | 7300-000 | NA | $1,444.66 | $371.89 | $371.89 |
| 4 | KSN ENTERPRISES | 7100-000 | $0.00 | $133.36 | $133.36 | $133.36 |
| 5 | JAMES WILLIAM RIVES | 7100-000 | $0.00 | $10,461.37 | $10,461.37 | $10,461.37 |
| 6 | Oakriver, LLC James W. Rives | 7100-000 | $0.00 | $30,000.00 | $30,000.00 | $30,000.00 |
| 7 | Sonoma Ranch Entities c/o Joseph Cervantes, Esq | 7100-000 | $0.00 | $855,080.63 | $708,540.76 | $708,540.76 |
| 9 | EL PASO ELECTRIC COMPANY | 7100-000 | $0.00 | $1,602.48 | $1,602.48 | $1,602.48 |
| 10 | Acushnet Company Attn: Kate Benner | 7100-000 | $0.00 | $8,297.40 | $8,297.40 | $8,297.40 |
| 11 | American Linen & Uniform Supply Attn: Office/General Manager | 7100-000 | $0.00 | $43,738.58 | $43,738.58 | $43,738.58 |
| 12 | Shamrock Foods c/o Wolkin Law Group | 7200-000 | NA | $14,461.45 | $0.00 | $0.00 |
| 13 | James W. Rives | 7200-000 | NA | $19,133.98 | $19,133.98 | $19,133.98 |
| 14 | Camac Partners | 7200-000 | NA | $2,877.96 | $2,877.96 | $2,877.96 |
| 15 | Golden West Trading Coup. Inc. | 7200-000 | NA | $9,800.00 | $0.00 | $0.00 |
| 16SUB | Internal Revenue Service | 7300-000 | NA | $391.36 | $391.36 | $391.36 |

| TOTAL GENERAL UNSECURED CLAIMS | $0.00 | $1,201,758.03 | $1,029,883.94 | $1,029,883.94 |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 16-12947-j7
Case Name: LAS CRUCES COUNTRY CLUB, INC.

For Period Ending: 08/30/2021

Trustee Name: (510120) Philip J. Montoya
Date Filed (f) or Converted (c): 11/29/2016 (f)
§ 341(a) Meeting Date: 01/25/2017
Claims Bar Date: 05/05/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Operating Account at First New Mexico Bank, xxxx<br>Imported from original petition Doc# 9 | 455.69 | 455.69 | | 0.00 | FA |
| 2 | A/R 90 days old or less. Face amount = $0. Doubt<br>Imported from original petition Doc# 9 | Unknown | Unknown | | 0.00 | FA |
| 3 | Notes Receivable: Amount due on sale of real est<br>Imported from original petition Doc# 9 | 4,878,125.00 | 4,878,125.00 | | 2,200,000.00 | FA |
| 4 | See attached Exhibit A. Valuation Method:<br>Imported from original petition Doc# 9 | 756.00 | 756.00 | | 0.00 | FA |
| 5 | See Exhibit A. Valuation Method:<br>Imported from original petition Doc# 9 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Various trophys and plaques - no real value<br>Imported from original petition Doc# 9 | 0.00 | 0.00 | | 0.00 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 2,614.58 | Unknown |
| 7 | **Assets Totals (Excluding unknown values)** | **$4,879,336.69** | **$4,879,336.69** | | **$2,202,614.58** | **$0.00** |

**Major Activities Affecting Case Closing:**

7-1-21: NFR Filed. Deadline to object: July 26, 2021.
6-30-21: TFR Filed.
12-28-20: Order entered granting second and final fee application for Trustee's Accountant, S.W. Johnson, LLC.
12-15-20: Order entered granting Motion to Compel Refund on Overpayment of Claim to NMT&RD.
12-15-20: Order entered granting Motion to Compel Payment of Surplus to Debtor.
12-8-20: Order entered granting second Motion to Authorize Interim Distribution.
7-30-19: Special Counsel Dan Pick is seeking reinstatement of tax free status.
6.28.19 Notice Given to the Internal Revenue Service of the Deadline for Filing Objections to Chapter 7 Trustee's Motion to Authorize Interim Distribution.
6.6.19 Filed Motion to allow claim by Golden West. NOD filed and mailed on 6/6/19.
6.3.19 TTEE Filed Motion to Authorize Interim Distribution. NOD filed mailed on 6/4/19.
7-18-18 Filed Motion to Sell of all of the estates assets, specifically including, but not limited to that certain Limited Recourse Promissory Note dated 10/27/14, free and clear of liens under Section 363(f) - to CEP for $2,200,000.00 (the "Purchase Price").
5-29-18 Adversary #17-1084 Closed. Complaint dismissed
10-30-17 Filed Adv. #17-01084 - against Park Ridge Properties, LLLP, LC Medical Properties, LLLP.
7-24-17 - Evaluating the sale transaction.
1-25-17 - Employ special counsel to pursue and collect Notes Receivable: Amounts due on sale of real estate; Investigate any possible fraudulent conveyances.

**Initial Projected Date Of Final Report (TFR):** 12/31/2017        **Current Projected Date Of Final Report (TFR):** 06/30/2021 (Actual)

Case 16-12947-j7    Doc 311    Filed 09/07/21    Entered 09/07/21 17:31:13 Page 8 of 16

UST Form 101-7-TDR ( 10 /1/2010)

| Case No.: | 16-12947-j7 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | LAS CRUCES COUNTRY CLUB, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9217 | Account #: | ******4400 Checking |
| For Period Ending: | 08/30/2021 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,195,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/02/18 | | | TCNM LLCSELLER PRO 20181002QMGFT00200 1474 | | 2,185,145.90 | | 2,185,145.90 |
| | {3} | Cruces Equity Partners | Gross sales price per order filed 9/5/18  $2,200,000.00 | 1129-000 | | | |
| | | Las Cruces Abstract and Title Las Cruces Abstract and Title | Closing costs including mortgagee title policy premium  -$14,854.10 | 2500-000 | | | |
| 10/15/18 | 101 | Askew & Mazell LLC | Payment of fees and expenses per order filed 10/12/18 | | | 45,623.59 | 2,139,522.31 |
| | | Askew & Mazell LLC | Payment of fees per order filed 10/12/18  $44,177.99 | 3210-000 | | | |
| | | Askew & Mazell LLC | Payment of expenses per order filed 10/12/18  $1,445.60 | 3220-000 | | | |
| 10/22/18 | 102 | INTERNATIONAL SURETIES, LTD | Payment of case bond 8/2/18 - 8/2/19 per order filed 10/18/18 | 2300-000 | | 5,464.00 | 2,134,058.31 |
| 10/31/18 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 135.77 | | 2,134,194.08 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,589.04 | 2,132,605.04 |
| 11/05/18 | 103 | Moore, Bassan & Behles | Payment of fees and expenses per order filed 11/5/18 | | | 5,651.15 | 2,126,953.89 |
| | | Moore, Bassan & Behles, PC | Payment of expenses per order filed 11/5/18  $376.06 | 3220-000 | | | |
| | | Moore, Bassan & Behles, PC | Payment of fees per order filed 11/5/18  $5,275.09 | 3210-000 | | | |
| 11/30/18 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 175.09 | | 2,127,128.98 |
| 12/31/18 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 180.66 | | 2,127,309.64 |
| 01/31/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 180.68 | | 2,127,490.32 |
| 02/28/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 163.20 | | 2,127,653.52 |
| 03/31/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 180.70 | | 2,127,834.22 |
| 04/30/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 174.89 | | 2,128,009.11 |
| 05/31/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 180.73 | | 2,128,189.84 |
| 06/30/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 174.92 | | 2,128,364.76 |
| 07/22/19 | 104 | Dan Pick, Esq. | Payment of 75% of fees and 100% of expenses and tax per invoices of May and June 2019 | | | 1,255.56 | 2,127,109.20 |
| | | Dan Pick, Esq. | 100% of expenses from May and June invoices  $119.31 | 3220-000 | | | |
| | | Dan Pick, Esq. | 75% of fees from May and June invoices  $1,136.25 | 3210-000 | | | |
| 07/25/19 | 105 | NEW MEXICO TAXATION & REVENUE DEPARTMENT | Distribution payment - Dividend paid at 100.00% of $63,326.77; Claim # 3P; Filed: $63,326.77 | 5800-000 | | 63,326.77 | 2,063,782.43 |

Page Subtotals: $2,186,692.54   $122,910.11

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-12947-j7 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | LAS CRUCES COUNTRY CLUB, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9217 | Account #: | ******4400 Checking |
| For Period Ending: | 08/30/2021 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,195,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/25/19 | 106 | First Valley Realty, Inc. | Distribution payment - Dividend paid at 68.15% of $201,385.73; Claim # 1; Filed: $201,385.73 | 7100-000 | | 137,235.72 | 1,926,546.71 |
| 07/25/19 | 107 | SIMPSON NORTON CORP. | Distribution payment - Dividend paid at 68.15% of $2,949.07; Claim # 2; Filed: $2,949.07 | 7100-000 | | 2,009.67 | 1,924,537.04 |
| 07/25/19 | 108 | New Mexico Taxation & Revenue Department | Distribution payment - Dividend paid at 68.15% of $545.73; Claim # 3U; Filed: $545.73 | 7300-000 | | 371.89 | 1,924,165.15 |
| 07/25/19 | 109 | KSN ENTERPRISES | Distribution payment - Dividend paid at 68.15% of $133.36; Claim # 4; Filed: $133.36 | 7100-000 | | 90.89 | 1,924,074.26 |
| 07/25/19 | 110 | JAMES WILLIAM RIVES | Distribution payment - Dividend paid at 68.15% of $10,461.37; Claim # 5; Filed: $10,461.37 | 7100-000 | | 7,128.97 | 1,916,945.29 |
| 07/25/19 | 111 | Oakriver, LLC James W. Rives | Distribution payment - Dividend paid at 68.15% of $30,000.00; Claim # 6; Filed: $30,000.00 | 7100-000 | | 20,443.71 | 1,896,501.58 |
| 07/25/19 | 112 | Sonoma Ranch Entities c/o Joseph Cervantes, Esq | Distribution payment - Dividend paid at 68.15% of $708,540.76; Claim # 7; Filed: $855,080.63 | 7100-000 | | 482,840.08 | 1,413,661.50 |
| 07/25/19 | 113 | EL PASO ELECTRIC COMPANY | Distribution payment - Dividend paid at 68.15% of $1,602.48; Claim # 9; Filed: $1,602.48 | 7100-000 | | 1,092.02 | 1,412,569.48 |
| 07/25/19 | 114 | Acushnet Company Attn: Kate Benner | Distribution payment - Dividend paid at 68.15% of $8,297.40; Claim # 10; Filed: $8,297.40 | 7100-000 | | 5,654.32 | 1,406,915.16 |
| 07/25/19 | 115 | American Linen & Uniform Supply Attn: Office/General Manager | Distribution payment - Dividend paid at 68.15% of $43,738.58; Claim # 11; Filed: $43,738.58 | 7100-000 | | 29,805.96 | 1,377,109.20 |
| 07/31/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 178.86 | | 1,377,288.06 |
| 08/06/19 | 116 | US Treasury | Payment of user fee for determination letter per order doc 277 | 2990-000 | | 600.00 | 1,376,688.06 |
| 08/31/19 | Int | Rabobank, N.A. | Interest Posting | 1270-000 | 119.70 | | 1,376,807.76 |
| 09/03/19 | 117 | INTERNATIONAL SURETIES, LTD | Payment of case bond per order (doc249) filed 8/30/19 | 2300-000 | | 2,717.00 | 1,374,090.76 |
| 09/03/19 | 118 | Golden West Trading Co | Rent for 12/1/16 through 11/30/19 per order doc245 | 2410-000 | | 12,600.00 | 1,361,490.76 |
| 09/30/19 | Int | Mechanics Bank | Interest Posting | 1270-000 | 112.25 | | 1,361,603.01 |
| 10/31/19 | Int | Mechanics Bank | Interest Posting | 1270-000 | 115.64 | | 1,361,718.65 |
| 11/21/19 | 119 | Dan Pick | Payment 75% fees 100% expense per order filed 5/15/19 doc 233 | | | 3,039.49 | 1,358,679.16 |
| | | Dan Pick, Esq. | 100% of expenses from July and August invoices $401.36 | 3220-000 | | | |
| | | Dan Pick, Esq. | 75% fees July and August invoices $2,638.13 | 3210-000 | | | |
| 11/30/19 | Int | Mechanics Bank | Interest Posting | 1270-000 | 111.87 | | 1,358,791.03 |
| 12/31/19 | Int | Mechanics Bank | Interest Posting | 1270-000 | 115.40 | | 1,358,906.43 |
| 01/23/20 | 120 | Dan Pick, Esq. | Final payment on fees per order doc# 263 | 3210-000 | | 1,258.12 | 1,357,648.31 |
| 01/31/20 | Int | Mechanics Bank | Interest Posting | 1270-000 | 115.41 | | 1,357,763.72 |

Page Subtotals: $869.13 $706,887.84

Case 16-12947-j7    Doc 311    Filed 09/07/21    Entered 09/07/21 17:31:13 Page 10 of 16

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 16-12947-j7 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | LAS CRUCES COUNTRY CLUB, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9217 | Account #: | ******4400 Checking |
| For Period Ending: | 08/30/2021 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,195,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/05/20 | 121 | Tom Whatley | Payment of fees per order doc#268 | 3731-000 | | 142,395.00 | 1,215,368.72 |
| 02/28/20 | 122 | Steven W. Johnson | Payment of fees per order doc269 | | | 8,024.38 | 1,207,344.34 |
| | | Steven W. Johnson | Fees $7,400.00 | 3410-000 | | | |
| | | Steven W. Johnson | Expenses $624.38 | 3420-000 | | | |
| 02/29/20 | Int | Mechanics Bank | Interest Posting | 1270-000 | 107.87 | | 1,207,452.21 |
| 03/25/20 | 123 | Golden West Trading Co | Final rent for 12/1/19 through 3/31/20 per order doc245 | 2410-000 | | 1,400.00 | 1,206,052.21 |
| 03/26/20 | 124 | American Document Services | Document destruction expense per order doc273 | 2420-000 | | 1,784.73 | 1,204,267.48 |
| 03/27/20 | 125 | Askew White LLC | Attorney for trustee Fees and expenses per order doc275 | | | 10,122.31 | 1,194,145.17 |
| | | Askew & Mazell LLC | fees $8,757.50 | 3210-000 | | | |
| | | Askew & Mazell LLC | expenses $1,364.81 | 3220-000 | | | |
| 03/31/20 | Int | Mechanics Bank | Interest Posting | 1270-000 | 68.11 | | 1,194,213.28 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 1,078.77 | 1,193,134.51 |
| 04/30/20 | Int | Mechanics Bank | Interest Posting | 1270-000 | 10.08 | | 1,193,144.59 |
| 05/31/20 | Int | Mechanics Bank | Interest Posting | 1270-000 | 10.14 | | 1,193,154.73 |
| 06/01/20 | 126 | UNITED STATES BANKRUPTCY COURT | Filing fee for Adv 17-01084 | 2700-000 | | 350.00 | 1,192,804.73 |
| 06/09/20 | Int | Mechanics Bank | Interest Posting | 1270-000 | 2.61 | | 1,192,807.34 |
| 06/09/20 | | To Account #******4401 | Transfer to DDA | 9999-000 | | 1,192,804.73 | 2.61 |
| 06/10/20 | | Mechanics Bank | Interest posted in error | 1270-000 | 2.61 | | 5.22 |
| 06/11/20 | | Mechanics Bank | Adjustment to correct #33 | 1270-000 | -2.61 | | 2.61 |
| 06/11/20 | | Mechanics Bank | Adjustment to transfer interest earned on 06/09/2020 to account xxxxxx4401 | 1270-000 | -2.61 | | 0.00 |

| | COLUMN TOTALS | 2,187,757.87 | 2,187,757.87 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CDs | 0.00 | 1,192,804.73 | |
| | Subtotal | 2,187,757.87 | 994,953.14 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $2,187,757.87 | $994,953.14 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

| Case No.: | 16-12947-j7 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | LAS CRUCES COUNTRY CLUB, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9217 | Account #: | ******4401 Checking |
| For Period Ending: | 08/30/2021 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,195,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/09/20 | | To Account #xxxxxx4401 | Transfer to DDA | 9999-000 | 1,192,804.73 | | 1,192,804.73 |
| 06/11/20 | | Interest Earned, transferred from account xxxxxx4400 | Interest Earned, transferred from account xxxxxx4400 | 1270-000 | 2.61 | | 1,192,807.34 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 550.00 | 1,192,257.34 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 550.00 | 1,191,707.34 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 550.00 | 1,191,157.34 |
| 10/19/20 | 101 | INTERNATIONAL SURETIES, LTD | Payment of case bond per order doc 287 | 2300-000 | | 4,195.00 | 1,186,962.34 |
| 11/12/20 | | Global Surety LLC | Partial refund of case bond | 2300-000 | | -3,000.00 | 1,189,962.34 |
| 12/10/20 | 102 | Internal Revenue Service | Combined dividend payments for Claim #16P, 16PI, 16SUB, 16SUBI | | | 12,232.23 | 1,177,730.11 |
| | | Internal Revenue Service | Claims Distribution - Thu, 12-10-2020 $11,465.68 | 5800-000 | | | |
| | | Internal Revenue Service | Claims Distribution - Thu, 12-10-2020 $362.81 | 7990-000 | | | |
| | | Internal Revenue Service | Claims Distribution - Thu, 12-10-2020 $391.36 | 7300-000 | | | |
| | | Internal Revenue Service | Claims Distribution - Thu, 12-10-2020 $12.38 | 7990-000 | | | |
| 12/10/20 | 103 | First Valley Realty, Inc. | Combined dividend payments for Claim #1, 1I | | | 70,522.52 | 1,107,207.59 |
| | | First Valley Realty, Inc. | Claims Distribution - Thu, 12-10-2020 $64,150.01 | 7100-000 | | | |
| | | First Valley Realty, Inc. | Claims Distribution - Thu, 12-10-2020 $6,372.51 | 7990-000 | | | |
| 12/10/20 | 104 | SIMPSON NORTON CORP. | Combined dividend payments for Claim #2, 2I | | | 1,032.72 | 1,106,174.87 |
| | | SIMPSON NORTON CORP. | Claims Distribution - Thu, 12-10-2020 $939.40 | 7100-000 | | | |
| | | SIMPSON NORTON CORP. | Claims Distribution - Thu, 12-10-2020 $93.32 | 7990-000 | | | |
| 12/10/20 | 105 | KSN ENTERPRISES | Combined dividend payments for Claim #4, 4I | | | 46.69 | 1,106,128.18 |
| | | KSN ENTERPRISES | Claims Distribution - Thu, 12-10-2020 $42.47 | 7100-000 | | | |
| | | KSN ENTERPRISES | Claims Distribution - Thu, 12-10-2020 $4.22 | 7990-000 | | | |

Page Subtotals: $1,192,807.34 $86,679.16

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

| Case No.: | 16-12947-j7 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | LAS CRUCES COUNTRY CLUB, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9217 | Account #: | ******4401 Checking |
| For Period Ending: | 08/30/2021 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,195,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/10/20 | 106 | JAMES WILLIAM RIVES | Combined dividend payments for Claim #5, 5I | | | 3,663.43 | 1,102,464.75 |
| | | JAMES WILLIAM RIVES | Claims Distribution - Thu, 12-10-2020 $3,332.40 | 7100-000 | | | |
| | | JAMES WILLIAM RIVES | Claims Distribution - Thu, 12-10-2020 $331.03 | 7990-000 | | | |
| 12/10/20 | 107 | Oakriver, LLC James W. Rives | Combined dividend payments for Claim #6, 6I | | | 10,505.59 | 1,091,959.16 |
| | | Oakriver, LLC James W. Rives | Claims Distribution - Thu, 12-10-2020 $9,556.29 | 7100-000 | | | |
| | | Oakriver, LLC James W. Rives | Claims Distribution - Thu, 12-10-2020 $949.30 | 7990-000 | | | |
| 12/10/20 | 108 | Sonoma Ranch Entities c/o Joseph Cervantes, Esq | Combined dividend payments for Claim #7, 7I | | | 248,121.24 | 843,837.92 |
| | | Sonoma Ranch Entities c/o Joseph Cervantes, Esq | Claims Distribution - Thu, 12-10-2020 $225,700.68 | 7100-000 | | | |
| | | Sonoma Ranch Entities c/o Joseph Cervantes, Esq | Claims Distribution - Thu, 12-10-2020 $22,420.56 | 7990-000 | | | |
| 12/10/20 | 109 | EL PASO ELECTRIC COMPANY | Combined dividend payments for Claim #9, 9I | | | 561.17 | 843,276.75 |
| | | EL PASO ELECTRIC COMPANY | Claims Distribution - Thu, 12-10-2020 $510.46 | 7100-000 | | | |
| | | EL PASO ELECTRIC COMPANY | Claims Distribution - Thu, 12-10-2020 $50.71 | 7990-000 | | | |
| 12/10/20 | 110 | Acushnet Company Attn: Kate Benner | Combined dividend payments for Claim #10, 10I | | | 2,905.64 | 840,371.11 |
| | | Acushnet Company Attn: Kate Benner | Claims Distribution - Thu, 12-10-2020 $2,643.08 | 7100-000 | | | |
| | | Acushnet Company Attn: Kate Benner | Claims Distribution - Thu, 12-10-2020 $262.56 | 7990-000 | | | |
| 12/10/20 | 111 | American Linen & Uniform Supply Attn: Office/General Manager | Combined dividend payments for Claim #11, 11I | | | 15,316.65 | 825,054.46 |
| | | American Linen & Uniform Supply Attn: Office/General Manager | Claims Distribution - Thu, 12-10-2020 $13,932.62 | 7100-000 | | | |
| | | American Linen & Uniform Supply Attn: Office/General Manager | Claims Distribution - Thu, 12-10-2020 $1,384.03 | 7990-000 | | | |
| 12/10/20 | 112 | James W. Rives | Combined dividend payments for Claim #13, 13I | | | 19,739.44 | 805,315.02 |

Page Subtotals: $0.00 $300,813.16

Case 16-12947-j7    Doc 311    Filed 09/07/21    Entered 09/07/21 17:31:13 Page 13 of 16

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                              ! - transaction has not been cleared

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 16-12947-j7 | | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|---|
| Case Name: | LAS CRUCES COUNTRY CLUB, INC. | | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9217 | | Account #: | ******4401 Checking |
| For Period Ending: | 08/30/2021 | | Blanket Bond (per case limit): | N/A |
| | | | Separate Bond (if applicable): | $1,195,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | James W. Rives | Claims Distribution - Thu, 12-10-2020 $19,133.98 | 7200-000 | | | |
| | | James W. Rives | Claims Distribution - Thu, 12-10-2020 $605.46 | 7990-000 | | | |
| 12/10/20 | 113 | Camac Partners | Combined dividend payments for Claim #14, 14I | | | 2,969.03 | 802,345.99 |
| | | Camac Partners | Claims Distribution - Thu, 12-10-2020 $2,877.96 | 7200-000 | | | |
| | | Camac Partners | Claims Distribution - Thu, 12-10-2020 $91.07 | 7990-000 | | | |
| 12/29/20 | 114 | Steven W. Johnson | Payment of fees and exp per doc 306 | | | 867.50 | 801,478.49 |
| | | Steven W. Johnson | Fees $800.00 | 3410-000 | | | |
| | | Steven W. Johnson | Expenses $67.50 | 3420-000 | | | |
| 01/21/21 | | Transfer Debit to People's United Bank acct XXXXXX0697 | Transition Debit to People's United Bank acct XXXXXX0697 | 9999-000 | | 801,478.49 | 0.00 |
| | | COLUMN TOTALS | | | 1,192,807.34 | 1,192,807.34 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 1,192,804.73 | 801,478.49 | |
| | | Subtotal | | | 2.61 | 391,328.85 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $2.61 | $391,328.85 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 16-12947-j7 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | LAS CRUCES COUNTRY CLUB, INC. | Bank Name: | People's United Bank |
| Taxpayer ID #: | **-***9217 | Account #: | ******0697 Checking Account |
| For Period Ending: | 08/30/2021 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,195,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/21/21 | | Transfer Credit from Mechanics Bank acct XXXXXX4401 | Transition Credit from Mechanics Bank acct XXXXXX4401 | 9999-000 | 801,478.49 | | 801,478.49 |
| 03/16/21 | 1000 | INTERNATIONAL SURETIES, LTD | Casebond -second semi annual payment | 2300-000 | | 1,195.00 | 800,283.49 |
| 06/03/21 | | NM Taxation and Revenue Department | Refund | 5800-000 | | -51,889.26 | 852,172.75 |
| 08/04/21 | 1001 | Phillip J. Montoya | Combined trustee compensation & expense dividend payments. | | | 71,707.39 | 780,465.36 |
| | | Phillip J. Montoya | Claims Distribution - Mon, 06-21-2021 $65,914.48 | 2100-000 | | | |
| | | Phillip J. Montoya | Claims Distribution - Mon, 06-21-2021 $5,792.91 | 2200-000 | | | |
| 08/04/21 | 1002 | LAS CRUCES COUNTRY CLUB, INC. | Distribution payment - Dividend paid at 100.00% of $780,465.36; Claim # SURPLUS; Filed: $0.00 | 8200-002 | | 780,465.36 | 0.00 |
| | | **COLUMN TOTALS** | | | 801,478.49 | 801,478.49 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 801,478.49 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 801,478.49 | |
| | | Less: Payments to Debtors | | | | 780,465.36 | |
| | | **NET Receipts / Disbursements** | | | $0.00 | $21,013.13 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 8

| | |
|---|---|
| **Case No.:** | 16-12947-j7 |
| **Case Name:** | LAS CRUCES COUNTRY CLUB, INC. |
| **Taxpayer ID #:** | **-***9217 |
| **For Period Ending:** | 08/30/2021 |

| | |
|---|---|
| **Trustee Name:** | Philip J. Montoya (510120) |
| **Bank Name:** | People's United Bank |
| **Account #:** | ******0697 Checking Account |
| **Blanket Bond (per case limit):** | N/A |
| **Separate Bond (if applicable):** | $1,195,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4400 Checking | $2,187,757.87 | $994,953.14 | $0.00 |
| ******4401 Checking | $2.61 | $391,328.85 | $0.00 |
| ******0697 Checking Account | $0.00 | $21,013.13 | $0.00 |
| | **$2,187,760.48** | **$1,407,295.12** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)